1  DANA S. MARTINEZ (SBN 205453)
   dmartinez@bushgottlieb.com
2  BUSH GOTTLIEB, A Law Corporation
   801 North Brand Boulevard, Suite 950
3  Glendale, California 91203-1260
   Telephone: (818) 973-3200
4  Facsimile: (818) 973-3201

5  LAUREN MCDERMOTT  (*Pro Hac Vice* to be Submitted)
   lobpowell@gmail.com
6  ARTHUR R. TRAYNOR  (*Pro Hac Vice* to be Submitted)
   atraynor@mooneygreen.com
7  MOONEY, GREEN, SAINDON,
   MURPHY & WELCH, P.C.
8  1920 L. Street, NW, Suite 400
   Washington, DC 20036
9  Telephone: (202) 783-0010
   Facsimile: (202) 783-6088

10
   Attorneys for Plaintiffs
11

12              UNITED STATES DISTRICT COURT

13            CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  NICHOLAS ACEDO, DANIEL ACKLEY, DEREK ADAIR, VICTOR AGUILAR, JACK ALBERT, GEORGE ANDERSON, MARK ANDERSON, ANDRES ARAMBULA, ANTHONY ARELLANO, ANTHONY ARRIAGA, MIGUEL ARROYO, JEFFREY ASHBURN, CHRISTOPHER ASHLEY, BRIAN AVILA HERNANDEZ, ANDREW BAKER, TIMOTHY BAKER, GEOFF BALCHOWSKY, MICHAEL BANDA, GREGORY BARBERA, KENNETH BARONE, DANIEL BARBERA, AMANTE BARTOLOME, KYLE BAUERLEIN, JESSE BECK, ADRIAN BEIGH-GACAD, ELLERY BELTRAN, CHAD BENDANTI, MATTHEW BERGERSON, SCOTT BERNARD, ROBERT BETANCOURT, NICHOLAS BIRNBAUM, MATIN BLOUNT, MICHAEL BOCHEY, JOEY BOJORQUEZ, JIMMY BORLAND, KYLE BOUDREAU, DAMON BOWDEN, CORY BOWER, BRIAN BOYD, DAVID BRIEN, JOSHUA BRINNON, EVAN BROOKS, ANDRE BROWN, DREON BROWN, KYLE BROWN, RYAN BROWN, BRIAN BUEHLER, ETHAN BURLINGAME, | **Case No. 2:23-cv-04482**<br><br>**COMPLAINT FOR DECLARATORY JUDGMENT, COMPENSATION AND OTHER RELIEF** |

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

LEE BUSBY, DAVID BYRNE, SCOTT
CABUNOC, ROCKY CAMARLINGHI,
MICHAEL CAMPANA, ANTHONY
CANATA, DUSTIN CANNISTRACI,
RYAN CAPIRO, HARRISON CARL,
JOSE CARREON, JOHN CARTON,
WILLIAM CASE, JOSE CASTILLO,
ALICIA CASTRO-ROHRER, GORDON
CESAR, JONATHAN CENDEJAS,
LOUIS CERDA, CHARLES
CAHTTONG, MARK CHAVEZ,
KAMERON CALRK, EVAN COLLADO,
CHARLES COLLINS, WILLIAM
COLLYER, DEAN COMER, FRANK
CONRAD, ARTURO CONTRERAS,
MICHAEL CONTRERAS, BRIAN
COOK, BRIAN COONEY, DANIEL
COOPER, DION COOPER,
 MILO COPE, ROBERT CORDOBES,
JEFFREY CORDRAY, GARRETT
CORLEY, CHAD CORONA,
RAYMOND COVARRUBIAS, STEVEN
CRANSKY, KERRY CRIVELLO,
ABRAHAM CUERVO-MITCHELL,
ARRAN DAHLBERG, SLATER
DAVIES, MATTHEW DAVIS, ROBERT
DEAN, ANDY DELAROSA, ROMAN
DE LA TORRE, MIKE DENNIS,
DOUGLAS DEYOUNG, . NICHOLAS
DIEZ, MAX DINO, BRYAN
DOMINGUEZ, CHASE DOUGHTY,
TOWNER DOUGLAS, DAYVION
DRUMWRIGHT, ROBERT DUBARRY,
CASEY DUNN, CHRISTIAN ERAZO,
MARK ESTRADA, NICHOLAS
ESTRADA, DARIN EVANS, .
MATTHEW EVISON, THADDEUS
FARMON, MATTHEW FARRIS,
DEREK FARROW, CURTIS
FAULKNER, MICHAEL FINGER,
VINCENT FOSTER, JONATHAN
FOWLER, TIMOTHY FREEMAN JR.,
OMAR FUENTES, RYAN FUETTE,
 TONY GAJ, ARTURO GALLARDO,
RAYMOND GALLEGOS, JORDAN
GAMMON, FELIX-EDMUND
GAPUZAN, STEPHEN GARIBAY,
CHRISTIAN GASSLER, QUINCY
GATEWOOD, ADAM GATICA,
RANDALL GAUL, CHRISTOPHER
GELINAS, KEVIN GELINAS, CHRIS
GENTRY, SEVAN GERARD, JACOB
GIBSON, JOSHUA GILBERT, ROBERT
GILMER, MATTHEW GODBY, FRANK
GOMEZ. PABLO GOMEZ. ALFONSO

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

Bush Gottlieb
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

1  GONZALEZ, JACOB GONZALEZ,
   JAVIER GONZALEZ, JESSE
2  GONZALEZ, STEVEN GONZALEZ,
   MATTHEW GOODRICH, ISRAEL
3  ORTIZ GRAJEDA, BRANDON GRANT,
   GILLIAN GRIFFIN, RASHAD
4  GRIGSBY, MARTIN GUERRERO,
   DANIEL GUTIERREZ, ROLAND
5  GUTIERREZ, JAMES HALL,  KYLE
   HALSTEAD, ORRIE HAMILTON,
6  SHAUN HANNAN, MICHAEL
   HARTLEY, ROBERT HATFIELD,
7  ANDREW HAUCK, CONNOR HAVRO,
   DARIN HEBERT, LEVI HENRY,
8  ANTHONY HERNANDEZ, DAVID
   HERNANDEZ, RICHARD
9  HERNANDEZ, KIMBERLY HERRING,
   BRANDON HILL, SCOTT HOBBS,
10 CLAYTON HOGAN, CAMERON
   HOLLAND, PHILLIP HONG, BRIAN
11 HOOVER, SAMUEL HOPWOOD,
   CHRISTOPHER HORST, BRYAN
12 HOWARD, WYATT HOYT, HENRY
   HSIEH, CHRISTOPHER HUGHES,
13 TOMAS HUNGERFORD, TYRONE
   HURST, CAYLIN HUXFORD, DENIS
14 ILYAICH, SEAN ISAACSON, GARY
   IZQUIERDO, KEVIN JACOBS,
15 MARCUS JACOBS, BRENNAN
   JANSEN, ALLEN JANZEN, PAUL
16 JEREMICA, VICTOR JIMENEZ, RYAN
   JOHNSON, MICHAEL JONES, OLIN
17 JONES, JR., WILLIAM JUN,
   ARMANDO JURADO, KRISTIAN
18 KALEV, JASON KEENER, JOHN
   KELLERS II, ADONIS KELLY,
19 CHARLES KELLY, CASEY
   KETELSLEGER, EHUD KIM, SAMUEL
20 KIM, TIMOTHY KIMBALL, CHAD
   KISOW, ANTHONY KONG, THOMAS
21 KUZMICZ, JONATHAN KURIPLA,
   EDGAR LAGUNAS, JUSTIN LAHR,
22 DAVID LAKE, DAVID LANDON,
   LYNDSEY LANTZ, SERGIO LARA
23 JARA, NATHAN LARGEN, RYAN
   LARSON, JASON LAWRENCE,
24 HASSAON LAWS, SCOTT LAZAR,
   DENVER LEAMY, EDWIN LEANO,
25 MATTHEW LEBLANC, MICHAEL
   LEON, KYLE LEVINDOFSKE,
26 BRENDON LEW, GREGORY LEWIS,
   NICHOLAS LIFFERS, DOMINIC LILE,
27 FERNANDO LINARES, DARREN
   LLOYD, ANDREW LOERA, BRIAN
28 LOMELI, LONNIE LOPEZ, JR., JACOB

LOVEJOY, RYAN LOZANO, SCOTT
LUFT, MICHAEL MACDOWELL,
FELIX MAGANA, MICHAEL
MAGISTRADO, CHRISTOPHER
MALRAY, MICHAEL MANDAHL,
AARON MANN, FERNANDO MARIN,
MIGUEL MARQUEZ, TANNER
MARSEY, ADAM MARTIN, TIMOTHY
MARTIN, ERIC MARTINEZ,
FRANCISCO MARTINEZ, STEVEN
MARTINEZ, JASON MASS, JOHN
MCCORD,  MICHAEL MCGRADY,
PETER MCKINNEY, BRYAN MEDINA,
CHASE MENDENHALL, MORCUS
MESSIHA, DAVID METCHIKOFF,
HILARION MEZA, DEREK MILLER,
TYLAR MILLER, ANDREW MOLINAR,
DONTA MONTGOMERY, MATTHEW
MOON, DANIEL MOORE, DAVID
MORALES, GABRIEL MORENO,
JUSTIN D. MORGAN, JUSTIN DA.
MORGAN, NIMA MORTAZAVI,
ANDREW MOTT, ROBERT MULLER,
TISA MURPHY, JACOB MURRELL,
MATTHEW NAVARRO, ERIC
NEVAREZ, JOHN NGO, JABARI
NICHOLS, ALEXANDER NIELSEN,
JOHN NORTON, MARIO NUNEZ,
ADAM OCAMPIAN, JEFFERY
OCHOA,MICHAEL OESER, JESUS
OROZCO, ERNEST ORRANTE, DAVID
OSEGUERA, JESUS PADILLA, IAN
PALLARES, JOSEPH PAMBIANCO,
SERGIO PARRA, ZACHARY PATTON,
DAVID PAULS, JOSE PAZ, BLAKE
PEARSON, MICHAEL PELLEGRINI,
JOSHUA PERELLI-MINETTI,
EDUARDO PEREZ, JOSE PEREZ,
LUKE PETERMAN, TIMOTHY PIDO,
SCOTT PIKE, ANGELO PITILLO,
JAMES PITILLO, LEV POLESCHYK,
CHRISTOPHER POLGAR, GARRET
POTTER, COLEMAN PRICHARD,
ALEXANDER PRINCE, MICHAEL
PUGLIESE, TYLER PUGMIRE,
CHADWICK QUALLEY, BRYAN
QUICK, RYAN QUIGLEY,
CHRISTOPHER QUINLAN, BRIAN
RANKIN, MATTHEW RAPOZA,
TAYLOR RAPPAPORT, JASON
REKHOPF, JEREMY RENNIE, CHAD
REYES, ERICK REYES,  ZACH
REYNOLDS, LOUIS RICHARD,
JAVIER RIVERA, RANDY RIVERA,
JOE ROBLES, RUDY ROCHA, DAVID

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

1  RODRIGUEZ, DENNIS RODRIGUEZ,
JEFFERY RODRIGUEZ, RAYMOND
2  RODRIGUEZ, TOM RODRIGUEZ,
MICHAEL ROMO, DON ROPRIGHT,
3  JAMES ROWE, ROGER RUBIO, ADAM
RUSSO, SHANNON SAFFO, MICHAEL
4  SAFRAN, ADALBERTO SALAZAR,
SERGIO SANCHEZ, JEREMY
5  SANDIFORD, CHARLES SANDOR,
MICHAEL SANDOVAL, JASON
6  SCHMITZ, PAUL SCHORI, JONATHAN
SCULLY, MICHAEL SEERS, JASON
7  SHELTON, JON SHIBUYA, CRAIG
SHUBSDA, BRIAN SIMON, JULIAN
8  SINGELAKIS, AUSTIN SMITH,
BRANDON SMITH, DANIEL SMITH,
9  JEFFREY SMITH, BENJAMIN
SPEAKMAN, MATTHEW SPENCE,
10  WILLIE SPENCER, SETH SPRINGER,
NATHAN STANTON, TREVOR
11  STEPAN, ERIC STEPHENS, STEVEN
STERN, MARK STEVENSON, EDWIN
12  STILES, CRAIG STUDENKA, KEITH
SZALONEK, HUGO TADEO, ANDREW
13  TALLEY, PATRICK TAMRAZIAN,
MARIO TARGONI, JUSTIN TAYLOR,
14  EDUARDO TELLEZ, ANTHONY
TEMPLE, THEK, BRIAN THIEBOLD,
15  EDDIE TIBURCIO, KONGRIT
TIENGERD, FALO TIUMALU,
16  RHONIE TOPINIO, ADRIAN TORRES,
PHIL TRAN, DOUGLAS TRINIDAD,
17  MANVEL TRTRYAN, ANTHONY
TUBBS, CLINT TULL, DANIEL
18  VALDES, MACKENZIE
VANDERGEEST, VAN GERPEN,
19  SAMANTHA VANHOOSER,
JONATHAN VARGAS, RICARDO
20  VASQUEZ AGUILAR, MICHAEL
VAVRIN, PETE VEGA, OMAR
21  VELASQUEZ, ANTHONY VERDECIA,
ROBERT VILLA, JON PATRICK
22  VILLAPANDO, JASON
VILLEGGIANTE, MICHAEL
23  VINEYARD, VOELKER, JARED
VOELTZ, NATHAN VONDERHARR,
24  PRESTON VOWELS, MICHAEL
WALTON, CHRISTOPHER WAN,
25  MATTHEW WASCHAK, MITCHELL
WASSERMAN, CHRISTOPHER
26  WATSON, THOMAS WENG, JAMES
WESTLAND, BRANDON WILE,
27  STEVEN WILLIAMS, KENNETH
WILSON, SCOTT WISCHNACK,
28  SCOTT WISE, JEROME WOODCOCK,

ROBERT WYATT, PETER YAKAS, WESTLEY YOSHIMURA, ROMAN ZAVALA, JUAN ZEPEDA, STEPHEN ZIEMER, CARLOS ZUNIGA.

    Plaintiffs,

  vs.

CITY OF LOS ANGELES,

    Defendants.

## Preliminary Statement

1. Plaintiffs are current or former employees of the Defendant City of Los Angeles, California, and bring this action on behalf of themselves and other employees similarly situated. This is an action for declaratory judgment under 28 U.S.C. §§ 2201 and 2202 and for compensation and other relief under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et seq. (hereafter "FLSA").

## Jurisdiction and Venue

2. This Court has jurisdiction over this action pursuant to 29 U.S.C. § 216(b), 28 U.S.C. § 1331, and 28 U.S.C. § 1337.

3. This Court is the appropriate venue for this action pursuant to 28 U.S.C. 1391(b).

## Parties

4. Plaintiffs are employees or former employees of the Defendant City of Los Angeles. They were employed at the Los Angeles Fire Department, which is located in the Central District of California. Plaintiffs were at all times material to this action employed in the activity of a public agency, as defined by 29 U.S.C. § 203(s)(1)(C).

5. Plaintiffs named in this action have each executed and hereby file with the Court a written consent to become a party plaintiff in this action, as provided by 29 U.S.C. §§ 216(b) and 256. Plaintiffs' written consents are attached hereto as Exhibit A. If an additional similarly situated employee wishes to become a party

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

1   plaintiff, his or her consent will be filed with this Court.

2       6.      Defendant is the City of Los Angeles, California, which has a principal

3   place of business in the Central District of California. Defendant City of Los Angeles

4   is an "employer," as defined by 29 U.S.C. §203(d), an "enterprise" as defined by 29

5   U.S.C. §203(r), and a "public agency," as defined by 29 U.S.C. §203(x).

6                                          **Facts**

7       7.      Each Plaintiff is or was employed by the Defendant at the Los Angeles

8   Fire Department ("LAFD") as a rotational dual trained fire fighter/paramedic or dual

9   trained fire fighter/Emergency Medical Technician ("EMT").

10      8.      As rotational fire fighters, Plaintiffs are assigned on a shift-by-shift

11  basis to either a fire engine or ambulance.

12      9.      At all times material to this action, each Plaintiff is or was assigned to

13  work shifts on an ambulance.

14      10.     At all times material to this action, the majority of Plaintiffs primarily

15  worked on an ambulance and are or were infrequently assigned to work on a fire

16  engine.

17          a)      By way of example, in the last three years at least one Plaintiff

18                  has worked full time for over six months assigned to an

19                  ambulance and was never in that time assigned to work on a fire

20                  engine.

21          b)      By way of another example, in the last three years at least one

22                  Plaintiff has worked full time for over six months assigned to

23                  work on an ambulance for all but the two and one-half shifts he

24                  was assigned to a fire engine.

25          c)      Upon information and belief, the majority of Plaintiffs work no

26                  more than (and frequently fewer than) two shifts assigned to a

27                  fire engine in any given 27-day period and for the remainder of

28                  the shifts is assigned to work on an ambulance.

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

1        d)    Upon information and belief, all Plaintiffs have been restricted
2        to serving only on an ambulance for the two years immediately
3        following their acquisition of a paramedic certification.

4    11.    Upon information and belief, at all times material to this action each
5    Plaintiff is or was assigned to platoon duty when assigned to work on an ambulance,
6    whereby he or she is assigned to one of three shifts: A, B, or C. During the course of
7    a nine (9) day period, Plaintiffs are assigned a day on, followed by a day off,
8    followed by a day on, followed by a day off, followed by a day on, followed by four
9    days off. The schedule is repeated every nine (9) days and routinely causes Plaintiffs
10   to work over 40 hours in a workweek.

11   12.    At all times material to this action, when assigned to work on an
12   ambulance Plaintiffs do not engage in fire suppression or other fire protection
13   activities as defined by Section 203(y) of the FLSA and 29 C.F.R. § 553.210.

14   13.    Defendant applies a 27-day work period under section 207(k) of the
15   FLSA to Plaintiffs when calculating their FLSA overtime pay. 29 U.S.C. § 207(k).

16   14.    At all times material to this action, Defendant has failed and refused to
17   provide Plaintiffs with overtime compensation for time worked above 40 hours in a
18   workweek, thereby violating 29 U.S.C. §207(a) of the FLSA.

19   15.    Upon information and belief, Defendant and its agents are aware of the
20   requirements of the FLSA and are further aware that the 207(k) exemption does not
21   apply to exempt hours an employee works on an ambulance, during which time the
22   employee has no responsibility to engage in fire suppression.

23   **Failure to Pay Overtime for All Hours Worked In Excess of Forty Hours in a**
24   **Workweek in Violation of the FLSA**

25   16.    Plaintiffs hereby incorporate by reference paragraphs one (1) through
26   fifteen (15) in their entirety as if restated herein.

27   17.    Employees covered by the FLSA are entitled to overtime compensation
28   at the rate of one and one-half times their regular rate of pay for all hours worked in

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

1  excess of the maximum hours set forth in 29 U.S.C. § 207.

2      18.    At all times material to this action, Plaintiffs have worked hours in

3  excess of the hourly levels specified in the FLSA, 29 U.S.C. § 207(a). As a result, at

4  all times material to this action, the Plaintiffs were entitled to overtime compensation

5  at a rate of not less than one and one-half times their regular rate of pay for the hours

6  they have worked in excess of 40 hours per workweek. 29 U.S.C. § 207(a).

7      19.    At all times material to this action, Defendant has failed and refused to

8  provide Plaintiffs with overtime compensation at a rate of one and one-half times

9  their regular rate of pay for the hours they have worked in excess of 40 hours per

10  workweek, thereby violating 29 U.S.C. § 207(a).

11      20.    Specifically, in violation of 29 U.S.C. § 207(a), Defendant has paid the

12  Plaintiffs based on its erroneous classification of Plaintiffs as employees invariably

13  engaged in fire protection activities under 29 U.S.C. § 207(k) and 29 C.F.R. Part 533,

14  even for shifts they are assigned to an ambulance.

15      21.    Defendant employs firefighter/paramedic employees who, unlike

16  Plaintiffs and similarly situated employees, work exclusively on ambulances. At all

17  times material to this action, Defendant has not classified such employees as engaged

18  in fire protection activities under 29 U.S.C. § 2017(k) and 29 C.F.R. Part 553 and has

19  paid and continues to pay them overtime compensation for all hours worked in

20  excess of forty (40) hours in a workweek.

21      22.    Defendant's failure and refusal to provide Plaintiffs overtime pay at the

22  proper rate for the hours they have worked in excess of 40 hours per workweek for

23  shifts worked on an ambulance, as required by the FLSA, wrongly deprives them of

24  the overtime compensation that has been due to them at all times material to this

25  action.

26      23.    As a result of Defendant's willful violation of the FLSA, overtime

27  compensation has been unlawfully withheld by Defendant from Plaintiffs for which

28  Defendant is liable pursuant to 29 U.S.C. §§ 216(b) and 255, together with an

Bush Gottlieb
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

1  additional amount as liquidated damages, interest, reasonable attorneys' fees, and the
2  costs of this action.

3      24.    As a result of Defendant's willful and purposeful violation of the FLSA,
4  there have become due and owing to Plaintiffs an amount that has not yet been
5  precisely determined. The employment and work records for the Plaintiffs are in the
6  exclusive possession, custody and control of Defendants and the Plaintiffs are unable
7  to state at this time the exact amount owing to them. Defendant is under a duty
8  imposed by the FLSA, 29 U.S.C. § 211(c), and the regulations of the United States
9  Department of Labor, to maintain and preserve payroll and other employment
10  records with respect to Plaintiffs and other employees similarly situated from which
11  the amount of Defendant's liability can be ascertained.

12                              **Prayer for Relief**

13      WHEREFORE, each Plaintiff requests from the Court the following relief:

14      A    A declaratory judgment declaring that the Defendant has willfully,
15  recklessly, unreasonably, wrongfully, and with lack of good faith, violated its statutory
16  and legal obligations, and deprived each Plaintiff of his or her rights, protections and
17  entitlements under federal law, as alleged herein;

18      B.    An order for a complete and accurate accounting of all the compensation
19  to which each Plaintiff is entitled;

20      C    Judgment against Defendant awarding each Plaintiff monetary damages
21  in the form of back pay compensation, liquidated damages equal to his or her unpaid
22  compensation, plus pre-judgment and post-judgment interest;

23      D    Reasonable attorneys' fees and the costs and disbursement of this action;
24   and

25      E.    Such other and further relief as the Court deems proper.

26  ///
27  ///
28  ///

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

1                  **<u>Demand for a Jury Duty</u>**

2          Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiffs hereby

3   respectfully request a trial by jury on all claims presented in this Complaint.

4

5   DATED:  June 7, 2023          LAUREN MCDERMOTT

6                               (*Pro Hac Vice* to be Submitted)

7                               ARTHUR R. TRAYNOR
                                 (*Pro Hac Vice* to be Submitted)

8                               MOONEY, GREEN, SAIDON, MURPHY &
                               WELCH, P.C.

9

10

11                         By:  /s/ Lauren McDermott

12                               LAUREN MCDERMOTT
                         Attorneys for Plaintiffs

13

14

15   DATED:  June 7, 2023          DANA S. MARTINEZ
                               BUSH GOTTLIEB, A Law Corporation

16

17

18                         By:  /s/ Dana S. Martinez

19                               DANA S. MARTINEZ
                         Attorneys for Plaintiffs

20

21

22

23

24

25

26

27

28

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

# EXHIBIT A

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**   ACEDO          NICHOLAS        EDWARD
           Last                           First                          Middle

**HOME ADDRESS**   656 S. ASPEN LAKES WAY
                Address

                STAR               ID        83669
                City                           State        Zip Code

**PHONE (cell)**   562-843-1958   **EMAIL:** NICHOLAS.ACEDO@LACITY.ORG

**PLAINTIFF SIGNATURE**

------------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _Ackley      Daniel      Philip_
Last          First          Middle

**HOME ADDRESS** _12917 Cherokee Rd._
Address

_Rancho Cucamonga     CA     91739_
City          State     Zip Code

**PHONE (cell)** _909 208 8714_     **EMAIL:** _daniel.ackley@gmail.com_

**PLAINTIFF SIGNATURE** _Daniel P. Ackley_

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _ADAIR        DEREK         R_
              Last                First             Middle

**HOME ADDRESS** _27821  ABADEJO_
                     Address

                    _MISSION  VIEJO     CA      92692_
                     City                State       Zip Code

**PHONE (cell)** _909 971 7816_ **EMAIL:** _DEREK. ADAIR@LACITY.ORG_

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  AGUILAR _____ VICTOR _____ ADAN _____
                Last              First            Middle

**HOME ADDRESS**  148 S. WILBUR AVE _____
                             Address

                         COVINA _____ CA _____ 91724 _____
                         City            State        Zip Code

**PHONE (cell)**  (818) 636-1167 _____ **EMAIL:** aguilar_victor65@yahoo.com

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**        ALBERT          JACK          PHILLIP
                Last            First         Middle

**HOME ADDRESS**  661  STONEBROOK  ST
                  Address

                  SIMI  VALLEY          CA        93065
                  City                  State     Zip Code

**PHONE (cell)**  805 279-3670  **EMAIL:**  JACK.ALBERT@lacity.org

**PLAINTIFF SIGNATURE** _____

----------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _Anderson_ _George_ _Samuel_
Last              First              Middle

**HOME ADDRESS** _3533 W 78TH STREET_
Address

_Inglewood_ _CA_ _90305_
City                    State        Zip Code

**PHONE (cell)** _(323) 823 3373_ **EMAIL:** _fosh1zicl SBCGl0BAC. NET_

**PLAINTIFF SIGNATURE** _[signature]_

---

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _ANDERSON_ _MARK_ _EDWARD_
Last                First                Middle

**HOME ADDRESS** _12156 BLIX STREET_
Address

_VALLEY VILLAGE    CA    91607_
City                State    Zip Code

**PHONE (cell)** _818-430-2482_ **EMAIL:** _andersven99@gmail.com_

**PLAINTIFF SIGNATURE** _[signature]_

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  <u>Arambula          Andres          Miguel</u>
          Last              First            Middle

**HOME ADDRESS**  <u>364   Hamilton Ave</u>
                  Address

<u>Ventura                CA        93003</u>
City                   State     Zip Code

**PHONE (cell)**  <u>805-501-1737</u>    **EMAIL:** <u>andres_arambula@yahoo.com</u>


**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**  Arellano          Anthony          William
          Last             First            Middle

**HOME ADDRESS**  20138 DRASIN DR
                  Address

                  Canyon Country          CA          91351
                  City                    State       Zip Code

**PHONE (cell)**  424-358-8052  **EMAIL:** Anthony.w.arellano@lacity.org

**PLAINTIFF SIGNATURE**

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California**
**– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**            Arriaga           Anthony          Nicholas
                    Last              First            Middle

**HOME ADDRESS**    3649   Walnut  Ave
                    Address

                    Long Beach            CA        90807
                    City                  State     Zip Code

**PHONE (cell)**  714-414-9551    **EMAIL:** Anthony.N.Arriaga@lacity.org

**PLAINTIFF SIGNATURE**  _____

------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**        ARROYO          MIGUEL          NATHANIEL
                Last            First           Middle

**HOME ADDRESS**   3203  W  155 TH ST
                   Address

                   GARDENA              CA          90249
                   City                State       Zip Code

**PHONE (cell)**   626-617-6400    **EMAIL:** MIGUEL.N. ARROYO @ LACITY.ORG

**PLAINTIFF SIGNATURE**  _____

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  _Ashburn_  _Jeffrey_  _Robert_
        Last        First        Middle

**HOME ADDRESS**  _28166  Churchex  Ct_
        Address

_Castaic_  _CA_  _91384_
        City        State        Zip Code

**PHONE (cell)**  _661-476-6987_  **EMAIL:** _jeffrey.r.ashburn@lacity.org_

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME    _ASHLEY_    _Christopher_    _J_
        Last            First            Middle

HOME ADDRESS    _22309  HomeStead  PL_
                Address

        _Santa  Clorita_        _CA_    _91350_
        City                    State    Zip Code

PHONE (cell)    _(661) 713-7558_    EMAIL: _Casnuy2501@ hotmail.com_

PLAINTIFF SIGNATURE _(signature)_

---

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**      AVILA HERNANDEZ    Bryan    IVAN
        Last                First        Middle

**HOME ADDRESS**  13133 DE ALCALA DR
            Address

        LA MIRADA        CA        90638
        City            State    Zip Code

**PHONE (cell)**  310-775-3497  **EMAIL:** biavila1991@gmail.com

**PLAINTIFF SIGNATURE**

-------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _BAKER          ANDREW          J_
Last          First          Middle

**HOME ADDRESS** _1235 W 15th ST    SAN PEDRO_ AB
Address

_SAN PEDRO          CA          90731_
City          State          Zip Code

**PHONE (cell)** _(310) 710-0461_ **EMAIL:** _ANDREW.J.BAKER@COX.NET_

**PLAINTIFF SIGNATURE** _____

---------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California**
**– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**    BAKER        TIMOTHY            FORREST
_____ _____ _____
Last              First              Middle

**HOME ADDRESS**  32472   THE OLD ROAD
_____
Address

CASTAK            CA        91384
_____ _____ _____
City              State      Zip Code

**PHONE (cell)** 818 624-3402    **EMAIL:** timothy.baker@lacity.org

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

NAME    Balchowsky        Geoff        Alen
       Last            First          Middle

HOME ADDRESS   15083 Channelwood dr
         Address

         Whittier        CA        90601
         City          State       Zip Code

PHONE (cell)  323-383-3218  EMAIL: Geeoffrey2001@Yahoo.co

PLAINTIFF SIGNATURE

--------------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  _BANDA_  _MICHAEL_  _S_
                Last            First          Middle

**HOME ADDRESS**  _912  CORDELIA  AVE_
                     Address

                     _GLENDORA_  _CA_  _91740_
                     City         State      Zip Code

**PHONE (cell)** _(626)688-0273_  **EMAIL:** _mbanda1273@msn.com_

**PLAINTIFF SIGNATURE** _Mich / S Ba_

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   BARBERA        GREGORY        SCOTT
          Last               First             Middle

**HOME ADDRESS**   1129 DELPY VIEW POINT
                      Address

                         VISTA        CA      92084
                        City            State    Zip Code

**PHONE (cell)**   (714) 296-4742 **EMAIL:** GSBARBERA13@ GMAIL.com

**PLAINTIFF SIGNATURE**

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _Barone_        _Kenneth_        _Michael_
        Last                First                Middle

**HOME ADDRESS** _20224 Sherman Way #48_
        Address

_Winnetka_        _CA_        _91306_
City        State        Zip Code

**PHONE (cell)** _323-219-8479_  **EMAIL:** _Nero847@hotmail.com_

**PLAINTIFF SIGNATURE** _____

---------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME** BARREIZA        DANIEL
      Last              First              Middle

**HOME ADDRESS** 1626 E. SHAMWOOD ST
      Address

WEST COVINA    CA    91791
City              State    Zip Code

**PHONE (cell)** 626-975-4555 **EMAIL:** DANIEL.BARREIZA@LACITY.ORG

**PLAINTIFF SIGNATURE**

---------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  BARTOLOME          AMANTE
          Last               First              Middle

**HOME ADDRESS**  39820   IRVING   CT
                  Address

                  MURRIETA          CA        92563
                  City              State     Zip Code

**PHONE (cell)**  619-990-3683  **EMAIL:**  A.BARTOLOME @ YAHOO.COM

**PLAINTIFF SIGNATURE**  _____

---------------------------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _Bauerlein_ _Kyle_ _A_
          Last         First         Middle

**HOME ADDRESS** _4063 Madison St_
                 Address

_Ventura_ _Ca_ _93003_
City       State   Zip Code

**PHONE (cell)** _805 320-2151_ EMAIL: _K_b_355@yahoo.com_

**PLAINTIFF SIGNATURE** _Kyle_

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  Beck          Jesse

Last          First          Middle

**HOME ADDRESS**  32242 Avenida Los Amigos

Address

SJC          CA          92675

City          State          Zip Code

**PHONE (cell)** (949) 280 -1658  **EMAIL:** beckjesse @ hotmail.com

**PLAINTIFF SIGNATURE**  _____

---

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  BEIGH-GACAD    ADRIAN    ARTHUR
<br>Last        First        Middle

**HOME ADDRESS**  1748 E 1ST ST #304
<br>Address

      LONG BEACH    CA    90802
<br>City        State     Zip Code

**PHONE (cell)**  562 900-1024    **EMAIL:** ABGACAD@GMAIL.COM

**PLAINTIFF SIGNATURE**

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  BELTRAN    Elbery    R
Last        First        Middle

**HOME ADDRESS**  3577 DIXIE LEE HWY
Address

SPRING CITY    TN    37381
City        State    Zip Code

**PHONE (cell)**  (562) 449-1336    **EMAIL:** susiervo1@gmail.com

**PLAINTIFF SIGNATURE** _(signature)_

-------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME    <u>Benfanti        Chad        John</u>
        Last          First        Middle

HOME ADDRESS    <u>12400    Montecito    Road</u>
        Address

        <u>Seal    Beach        CA        90740</u>
        City        State      Zip Code

PHONE (cell)    <u>(562) 619-2393</u>    EMAIL: <u>Chad.j.benfanti@lacity.org</u>

PLAINTIFF SIGNATURE <u>              </u>

---------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  Bergeson     Matthew     David
        Last          First        Middle

**HOME ADDRESS**  1356   Mandrake   Way
            Address

        Beaumont          Ca        92223
        City              State     Zip Code

**PHONE (cell)**  818-300-3121   **EMAIL:** Matthew.bergeson@lacity.org

**PLAINTIFF SIGNATURE** _____

-----------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**     _BERNARD     SCOTT     DANIEL_
             Last          First          Middle

**HOME ADDRESS**   _9857  HALIFAX  ST._
                   Address

             _VENTURA          CA      93004_
             City             State     Zip Code

**PHONE (cell)**   _(805) 746-4741_ **EMAIL:** _MEDICBERNARD@EMAIL.COM_

**PLAINTIFF SIGNATURE**   _Scott Bernard_

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

NAME _Betancourt_ _Robert_ _Andrew_

          Last             First            Middle

HOME ADDRESS _3474   GERALD   DRIVE_

          Address

          _Newbury   Park   Ca   91320_

          City            State    Zip Code

PHONE (cell) _818·621·5404_  EMAIL: _Bcourt29@Gmail.com_

PLAINTIFF SIGNATURE _____

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  _BIRNBAUM_          _NICHOLAS_          _BENJAMIN_
        Last              First                Middle

**HOME ADDRESS** _6572   N.   OAKSTONE    AVE_
        Address

        _MERIDIAN_          _ID_      _83646_
        City              State      Zip Code

**PHONE (cell)** _909-205-1786_      **EMAIL:** _NICKBIRNBAUM @ ME. COM_

**PLAINTIFF SIGNATURE**  _[signature]_

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**    Blount          Martin          Allen
            Last            First           Middle

**HOME ADDRESS**    611 Devirien Pl
                    Address

                    AltaDena              CA      91001
                    City                  State   Zip Code

**PHONE (cell)**   626 660 4135   **EMAIL:**   Martin.Blount@lacity.org

**PLAINTIFF SIGNATURE**

---

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**      Bochey          Michael           A
              Last            First             Middle

**HOME ADDRESS**    1644    255th    St
                    Address

              Harbor   City          CA      90710
              City            State    Zip Code

**PHONE (cell)**    856-912-0073   **EMAIL:**   michael.bochey @ gmail.com

**PLAINTIFF SIGNATURE**

-----------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** BOJORQUEZ    JOEY    ROGER
        Last        First        Middle

**HOME ADDRESS** 1307 CAMELOT BAY
        Address

MT. JULIET , TN    37122
        City        State        Zip Code

**PHONE (cell)** 310 502-2180    **EMAIL:** joeyrbo@yahoo.com

**PLAINTIFF SIGNATURE** _____

------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** BORLAND　　Jimmy　　JoE
Last　　　　First　　　　Middle

**HOME ADDRESS** 26668 SEAGULL WAY　D102
Address

MALIBU　　CA　　90265
City　　　　State　　Zip Code

**PHONE (cell)** (310)849-1308　**EMAIL:** JIMBOBORLANO@GMAIL.com

**PLAINTIFF SIGNATURE**

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**    BOUDREAU        KYLE        ALEXANDER
            Last            First       Middle

**HOME ADDRESS**    9045    PINK    MOSS    CT.
                    Address

                    CORONA              CA      92883
                    City                State   Zip Code

**PHONE (cell)**    714-595-0721    **EMAIL:**  KYLE.A.BOUDREAU@LACITY.ORG

**PLAINTIFF SIGNATURE**  _____

----------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  BOWDEN   DAMON   BROCK
Last   First   Middle

**HOME ADDRESS**  5181 Rotherham Circle
Address

Westminster   CA   92683
City   State   Zip Code

**PHONE (cell)** 714-408-8207   **EMAIL:** brock bowden 7@yahoo.com

**PLAINTIFF SIGNATURE**

--------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  _BOWER_     _BRANDON_     _L_
          Last         First         Middle

**HOME ADDRESS**  _3177 PEBBLESTONE PL_
                  Address

_SIMI VALLEY_     _CA_     _93063_
City              State    Zip Code

**PHONE (cell)**  _805·338·1986_     **EMAIL:** _blecb3456@yahoo.com_

**PLAINTIFF SIGNATURE**  _B Br_

--------------------------------------------------------------------------------
**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**    BOWER            CORY            ROBERT
            Last             First           Middle

**HOME ADDRESS**    995 RED PINE DR.
                    Address

            SIMI VALLEY        CA        93065
            City               State     Zip Code

**PHONE (cell)**    805 428 5085    **EMAIL:**  CORYBOWER@ME.COM

**PLAINTIFF SIGNATURE**  _____

-----------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   BOYD        BRIAN        J
           Last          First          Middle

**HOME ADDRESS**   200 W. MALVERN AVE
                   Address

                   FULLERTON        CA        92832
                   City             State     Zip Code

**PHONE (cell)**  949 244-8669  **EMAIL:** BRIAN.BOYD@LACITY.ORG


**PLAINTIFF SIGNATURE**  _____

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**        _BRIEN_        _DAVID_        _MORRIS_
                 Last                   First                   Middle

**HOME ADDRESS**  _2119  VANITA  PLACE_
                 Address

                 _CAMARILLO_                _CA_        _93010_
                 City                            State        Zip Code

**PHONE (cell)**  _805. 705. 0849_        **EMAIL:** _MR.BRIEN@GMAIL.COM_


**PLAINTIFF SIGNATURE** _[signature]_

-------------------------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**        BRINNON , JOSHUA        M
                Last              First              Middle

**HOME ADDRESS**    20402 CHIANTI COURT
                    Address
                    YORBA LINDA CA      92886
                    City          State    Zip Code

**PHONE (cell)** (714)856-9052 **EMAIL:** JOSHUABRINNON@yahoo.com

**PLAINTIFF SIGNATURE** _Joshua Brinnon_

----------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   <u>Brooks          Evan          Robert</u>
Last                    First                    Middle

**HOME ADDRESS**   <u>9145 W Merror Pcvis Dr.</u>
Address

<u>Boise          ID          83714</u>
City                    State          Zip Code

**PHONE (cell)** <u>714-856-7882</u>    **EMAIL:** <u>Evbobb@ Gmail. Com</u>

**PLAINTIFF SIGNATURE** <u>_____</u>

-------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  Brown          Andre          Deon
          Last           First          Middle

**HOME ADDRESS**  8034  WEST AVE D12
                  Address

                  Lancaster      CA      93536
                  City           State   Zip Code

**PHONE (cell)**  661-435-4724  **EMAIL:** A_brown_fire@yahoo.com

**PLAINTIFF SIGNATURE** _____

------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** BROWN        DREON

Last            First            Middle

**HOME ADDRESS** 14094 VERNAL SPring CT

Address

EASTVALe        CA        92880

City            State        Zip Code

**PHONE (cell)** (562) 397-4391    **EMAIL:** Drefive@sbcglobal.NET

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
### – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**      BROWN            Kyle              William   Allen
              Last             First             Middle

**HOME ADDRESS**   7682   RHINE   DR.
                   Address

                   HUNTINGTON BEACH  CA   92647
                   City                State    Zip Code

**PHONE (cell)**   818-331-2643  **EMAIL:** Kyle.W.Brown@LACITY.ORG

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _BROWN_        _RYAN_        _T_
　　　　　Last　　　　　　　First　　　　　　　Middle

**HOME ADDRESS** _717  TWIN  PEAKS  AVE_
　　　　　　　　　Address

_SIMI  VALLEY  CA  93065_
　　City　　　　　　State　　　Zip Code

**PHONE (cell)** _858-248-7830_   **EMAIL:** _RTBROWN37@GMAIL.COM_

**PLAINTIFF SIGNATURE** _Ryan B_

----------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

NAME     _BUEHLER_     _BRIAN_     _MICHAEL_
             Last                        First                        Middle

HOME ADDRESS   _28735   PERSIMMON   LN._
                          Address

_SANTA   CLARITA   CA   91390_
    City                        State        Zip Code

PHONE (cell) _661-644-1026_     EMAIL: _BUEHLERB@GMAIL.COM_

PLAINTIFF SIGNATURE _____

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**  BURLINGAME    ETHAN    CRAIG

  Last          First          Middle

**HOME ADDRESS**  828  CAPITAN  ST

  Address

  NEWBURY PARK    CA    91320

  City          State    Zip Code

**PHONE (cell)**  (310) 774-6415   **EMAIL:** AKA285@Aol.Com

**PLAINTIFF SIGNATURE** _____

---

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  BusBy  LEE  EDWARD
Last  First  Middle

**HOME ADDRESS**  831  N. COTTAGE COVE WAY
Address

STAR  ID  83669
City  State  Zip Code

**PHONE (cell)**  208-250-3038  EMAIL: mirbusby@gmail.com

**PLAINTIFF SIGNATURE**

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   BYRNE          , David          PAUL
           Last           First        Middle

**HOME ADDRESS**   2714   McLEMORE   RD.
           Address

           FRANKLIN          TN       37064
           City         State    Zip Code

**PHONE (cell)**   909-226-1565     **EMAIL:** DAVID.BYRNE@LACITY.ORG

**PLAINTIFF SIGNATURE**   _David Byrne_

---

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**　　　CABUNOC　　SCOTT　　CHRISTOPHER
　　　　　　　Last　　　　　　　First　　　　　　Middle

**HOME ADDRESS**　　4709　MICHELLE　DR.
　　　　　　　　　Address

　　　　　　　TORRANCE　　CA　　90503
　　　　　　　City　　　　　　　　State　　　Zip Code

**PHONE (cell)**  424 731-0474  **EMAIL:**　SCOTT.CABUNOC @ LACITY.ORG

**PLAINTIFF SIGNATURE** _____

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**    CAMARLINGHI     Rocky     JOSEPH
            Last            First     Middle

**HOME ADDRESS**   23217   LOS  CODONA  AVE
                   Address

                   TORRANCE     CA     90505
                   City         State  Zip Code

**PHONE (cell)**  (408) 202-3771   **EMAIL:** Rockycamarlinghi@gmail.com

**PLAINTIFF SIGNATURE** Rocky Camarlinghi

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  *CAMPANA        MICHAEL        ALBERT*
              Last               First            Middle

HOME ADDRESS  *3952 CORRLE CT*
                       Address

                         *PALMDALE        CA        93551*
                         City              State        Zip Code

PHONE (cell)  *661-878-1131*  EMAIL: *MICHAEL.CAMPANA@PLACITY.ORG*

PLAINTIFF SIGNATURE  *[signature]*

--------------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**    _CANATA_        _Anthony_        _James_
               Last                 First               Middle

**HOME ADDRESS** _305   NIETO   AVE_
                  Address

_Long BEACH_        _CA_        _90814_
City                State       Zip Code

**PHONE (cell)** _650-269-2707_    **EMAIL:** _AnthonyJCanata@Gmail.com_

**PLAINTIFF SIGNATURE** _____

------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME** Cannistraci Dustin Ryan
Last               First              Middle

**HOME ADDRESS** 185 Via Lara
Address

Newbury Park CA 91320
City                    State      Zip Code

**PHONE (cell)** 818-339-1796 **EMAIL:** Dustinrc16@yahoo.com

**PLAINTIFF SIGNATURE**

----------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  CAPIRO        RYAN        ANTHONY
_____
Last            First            Middle

**HOME ADDRESS**  14813   CORDARY AVE
_____
Address

HAWTHORNE        CA        90250
_____
City            State        Zip Code

**PHONE (cell)**  310.903.2898      **EMAIL:** CAPIRO101 @Gmail. com

**PLAINTIFF SIGNATURE**  _____

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  Carl        Harrison        Lucas

           Last          First         Middle

**HOME ADDRESS**  7491 Edinger Ave #104

           Address

Huntington Beach   CA   92647

           City         State      Zip Code

**PHONE (cell)**  847 565 9111  **EMAIL:** harrycilg@yahoo.com

**PLAINTIFF SIGNATURE** _____

---------------------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _Carreon_ _Jose_
           Last                   First             Middle

**HOME ADDRESS** _11550 Orion St_
                  Address

                       _Riverside_       _Ca_       _92505_
                       City             State      Zip Code

**PHONE (cell)** _626-543-5222_ **EMAIL:** _Jose.Carreon@lacity.org_

**PLAINTIFF SIGNATURE** _Jose Carreon_

-------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** CARTON      JOHN      WILLIAM
Last      First      Middle

**HOME ADDRESS** 2711 RESERVOIR DR
Address

SIMI VALLEY CA 93065
City      State      Zip Code

**PHONE (cell)** (805) 210 1763 **EMAIL:** LAFDJC89@GMAIL.COM

**PLAINTIFF SIGNATURE** _____

---

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   _CASE      William      P_
             Last          First           Middle

**HOME ADDRESS**  _26841  ECHO  CT._
                    Address

_TEHACHAPI        CA      93561_
City              State    Zip Code

**PHONE (cell)** _661-645-2892_ **EMAIL:** _WPCASE@YAHOO.com_

**PLAINTIFF SIGNATURE** _W. Case_

--------------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**    Castillo          Jose          Augusto
            Last              First         Middle

**HOME ADDRESS**    28528   Daybreak   Way
                    Address

                    Santa   Clarita        CA        91350
                    City                    State     Zip Code

**PHONE (cell)**   (88)455-5317   **EMAIL:** Jose.A.Castillo@lacity.org

**PLAINTIFF SIGNATURE**

-----------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  Castro-Rohrer   Alicia
  Last                       First                        Middle

**HOME ADDRESS**  1697  Amador  Lane
  Address

  Newbury  Park  CA    91320
  City                              State        Zip Code

**PHONE (cell)**  661-472-5610   **EMAIL:**  Alicia.castro@lacity.org

**PLAINTIFF SIGNATURE**  _[signature]_

------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**  CEASAR    Gordon    J

Last              First              Middle

**HOME ADDRESS**  4568 N. Ashtree St.

Address

Moorpark    CA    93021

City        State    Zip Code

**PHONE (cell)**  (818) 426-2796  **EMAIL:** Gordon.j.ceasar@lacity.org

**PLAINTIFF SIGNATURE**  Gordon Ceasar

-------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME    CENDEJAS         JONATHAN          ROBERT

        Last           First         Middle

HOME ADDRESS    1715   DIAMOND   VALLEY  LN

        Address

        CHINO   HILLS         CA         91709

        City          State     Zip Code

PHONE (cell)   (951) 288-2449    EMAIL:  J.CEND@YAHOO.COM

PLAINTIFF SIGNATURE

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___Cerda_____ ___Louis_____ ___A_____
        Last              First            Middle

HOME ADDRESS ___8569 Volga River Cir._____
              Address

___Fountain Valley    CA.    92708___
City                State   Zip Code

PHONE (cell) ___(614) 726-4364___    EMAIL: ___1C6Firehazard@Aol.com___

PLAINTIFF SIGNATURE _____

---------------------------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   CHATTONG   CHARLES
            Last              First              Middle

**HOME ADDRESS**   2955 CHAMPION WAY, APT 47
                    Address

TUSTIN              CA        92782
City                State      Zip Code

**PHONE (cell)** 626-675-8705 **EMAIL:** Charles.Chattong@lacity.org

**PLAINTIFF SIGNATURE**

------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  Chavez          Mark          Anthony
          Last            First         Middle

**HOME ADDRESS**  741 W. 39TH St        Apt 3
                  Address

                  San Pedro          Ca        90731
                  City               State     Zip Code

**PHONE (cell)**  310-621-0885  **EMAIL:** mark.chavez @lacity.org

**PLAINTIFF SIGNATURE**

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME    CLARK        KAMERON        LORENTSEN
        Last         First          Middle

HOME ADDRESS    79715 BUTTERCUP LN
                Address

        La QUINTA        CA        92253
        City             State     Zip Code

PHONE (cell)    (909) 714-7357    EMAIL: KAMERON.L.CLARK@LACITY.ORG

PLAINTIFF SIGNATURE

------------------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**    COLLADO          EVAN          SCOTT
            Last             First         Middle

**HOME ADDRESS**   15389    MEGAN    CT
                   Address

                   FONTANA          CA        92336
                   City             State     Zip Code

**PHONE (cell)**   (626) 675-3466   **EMAIL:** EVAN.COLLADO22@YAHOO.COM

**PLAINTIFF SIGNATURE** _____

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   Collins      Charles      Zachary
            Last          First         Middle

**HOME ADDRESS**   301 Townsite Promenade
            Address

            Camarillo      CA     93010
            City         State     Zip Code

**PHONE (cell)**   805-791-0159   **EMAIL:** Charles.Z.Collins@lacity.org

**PLAINTIFF SIGNATURE**

------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   COLLYER       William       Lloyd
           Last          First         Middle

**HOME ADDRESS**   25592 LEEWARD DRIVE
                   Address

           DANA POINT       CA       92629
           City             State    Zip Code

**PHONE (cell)** (949)444-1904   **EMAIL:** FOURDPLIONS @ GMAIL.COM

**PLAINTIFF SIGNATURE** _____

------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

NAME    _Comer_          _Dean_          _Robert_
        Last            First           Middle

HOME ADDRESS   _356 N. Ivy Ave_
               Address

               _Monrovia_        _CA_        _91016_
               City             State       Zip Code

PHONE (cell) _(626) 646-7523_    EMAIL: _Yes Deano msw.com_


PLAINTIFF SIGNATURE _[signature]_

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**      Conrad          Frank          Joseph
              Last            First          Middle

**HOME ADDRESS**   1434        E. Ojai
                   Address

              Ojai            CA        93023
              City            State     Zip Code

**PHONE (cell)** (805) 231-8533 **EMAIL:** conrad8533@yahoo.com


**PLAINTIFF SIGNATURE** _____

-------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  Contreras, Arturo

Last          First          Middle

**HOME ADDRESS**  10128 Nichols St.

Address

Bellflower, CA   90706

City          State          Zip Code

**PHONE (cell)**  (562) 416-5897  **EMAIL:** AXGMAN6@MSN.COM

**PLAINTIFF SIGNATURE**

---------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___CONTRERAS , MICHAEL      LAWRENCE___
            Last          First         Middle

HOME ADDRESS ___6303  PAINTER AVE___
            Address

___WHITTIER         CA      90601___
      City         State     Zip Code

PHONE (cell) ___323·818·2784___ EMAIL: ___ESCUINCLE @ EARTHLINK.NET___

PLAINTIFF SIGNATURE _____

------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  COOK          BRIAN          S
Last          First          Middle

**HOME ADDRESS**  24610 WAYMAN ST.
Address

NEWHALL          CA          91321
City          State          Zip Code

**PHONE (cell)** (661) 755 1124  **EMAIL:** Cook.brian102 @ gmail.com

**PLAINTIFF SIGNATURE**

---------------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**    COONEY            BRIAN            P.
        Last            First            Middle

**HOME ADDRESS**    27471    CATALA AVE
            Address

        SAUGUS        CA        91350
        City        State    Zip Code

**PHONE (cell)**    661-607-7095    **EMAIL:** Brian.P.cooney@lacity.org

**PLAINTIFF SIGNATURE**

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  _Cooper        Daniel        John_
Last                          First                          Middle

**HOME ADDRESS**  _1826 W. 26th Street_
Address

_San Pedro     CA        90732_
City                          State            Zip Code

**PHONE (cell)**  _310-701-3370_   **EMAIL:**  _daniel.j.cooper@lacity.org_

**PLAINTIFF SIGNATURE**  _(signature)_

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  COOPER     Dion     Albert
        Last       First       Middle

**HOME ADDRESS**  915 W. 56th ST.
        Address

        Los Angeles     CA     90037
        City       State       Zip Code

**PHONE (cell)**  323·833·0635  **EMAIL:** fireman coop@outlook.com

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**   COPE   MILO   MATTHEW
         Last              First              Middle

**HOME ADDRESS**   22844 HACKNEY   ST.
                   Address

WEST Hills   CA   91304
City          State    Zip Code

**PHONE (cell)**   818 2988355 **EMAIL:** MILO8COPE@ GMAIL.COM

**PLAINTIFF SIGNATURE**

---------------------------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _Cordobes_ _Robert_ _S._
         Last        First        Middle

**HOME ADDRESS** _6435 Firebrand St_
         Address

_Westchester_ _CA_ _90045_
       City        State       Zip Code

**PHONE (cell)** _(310) 977-5041_ **EMAIL:** _ROBBYCORDOBES@GMAIL.COM_

**PLAINTIFF SIGNATURE** _[signature]_

----------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____CORDRAY_____JEFFREY_____RYAN_____
           Last            First            Middle

HOME ADDRESS _____1818 MARSHALLFIELD LANE_____
              Address

_____REDONDO BEACH_____CA_____90278_____
       City              State      Zip Code

PHONE (cell) __310.748.3602__  EMAIL: __jmanfire44@yahoo.com__

PLAINTIFF SIGNATURE _____Jeffrey R Cordray_____

--------------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   CORLEY       GARRETT       L
         Last          First        Middle

**HOME ADDRESS**   193   BROWN   DR
         Address

         CLAREMONT       CA       91711
         City       State      Zip Code

**PHONE (cell)**   310 654 5924   **EMAIL:** Gcorley90 @ gmail.com

**PLAINTIFF SIGNATURE**

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  _Corona_     _Chad_     _M_
Last            First            Middle

**HOME ADDRESS**  _7579 Dehesa Court_
Address

_Carlsbad_          _CA_     _92009_
City              State     Zip Code

**PHONE (cell)** _760 5335926_ **EMAIL:** _chad.coron@graij.com_

**PLAINTIFF SIGNATURE** _____

-------------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**　COVARRUBIAS, RAYMOND Anthony
　　　　　Last　　　　　First　　　　　Middle

**HOME ADDRESS**　9353 Deon St,
　　　　　　　　Address

　　　　　Rancho Cucamonga, CA 91730
　　　　　City　　　　State　　Zip Code

**PHONE (cell)** 626-364-1270 **EMAIL:** RaymondC8510@gmail.com.

**PLAINTIFF SIGNATURE** X

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** ORANSKY     STEVEN     CURT
Last          First          Middle

**HOME ADDRESS** 527 KEYSER RONDO
Address

CAMARILLO    CA    93010
City          State    Zip Code

**PHONE (cell)** (805) 657-3051     **EMAIL:** Steven.oransky@LACITY.ORG
steveroransky@
Stevenoransky@Yahoo.com

**PLAINTIFF SIGNATURE**

------------------------------------------------------------------------------------

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _Crivello_ _Kerry_ _Mitchell_
Last            First            Middle

**HOME ADDRESS** _19602 Aldbury St._
Address

_Canyon Country   CA   91351_
City            State   Zip Code

**PHONE (cell)** _(310) 801-3258_ **EMAIL:** _Kerrymcrivello@gmail.com_

**PLAINTIFF SIGNATURE**

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME        CUERVO-MITCHELL ABRAHAM    ISAIAH
            Last                First                Middle

HOME ADDRESS    2404 HARBOR BLVD    APT 108
                Address

                COSTA MESA        CA        92626
                City              State     Zip Code

PHONE (cell)    626 848 2954  EMAIL: ABECUERVO @ GMAIL.COM

PLAINTIFF SIGNATURE

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**    Dahlberg                    Arran                    Craig
            Last                        First                    Middle

**HOME ADDRESS**    11596 Marigold Cir
                    Address

                    Fountain Valley     CA          92708
                    City                State       Zip Code

**PHONE (cell)**   714-308-2302    **EMAIL:** Arran.C.Dahlberg@lacity.org

**PLAINTIFF SIGNATURE**

---------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME     DAVIES        SLATER          JAMES
         Last          First           Middle

HOME ADDRESS  6212  CHOCTAW DR
              Address

         WESTMINSTER       CA       92683
         City              State    Zip Code

PHONE (cell)  (714) 418-6102    EMAIL:  slaterjdavies3@GMAIL.com

PLAINTIFF SIGNATURE

----------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   DAVIS        MATTHEW        DON
Last            First            Middle

**HOME ADDRESS**   625 S GOOSE CREEK DRIVE
Address

WASHINGTON        UT        84780
City            State        Zip Code

**PHONE (cell)**   435 229-1984   **EMAIL:** mattddavis001@gmail.com

**PLAINTIFF SIGNATURE**

---

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   _Dean_   _Robert_   _M_
 Last   First   Middle

**HOME ADDRESS**   _5780 Polaris Ct._
 Address

_Mira Loma        CA      91752_
 City   State   Zip Code

**PHONE (cell)** _909/969-3165_   **EMAIL:** _lafdean@charter.net_

**PLAINTIFF SIGNATURE** _Robert M Dean_

------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**  _DELAROSA      ANDY       JOSEPH_
               Last                  First            Middle

**HOME ADDRESS**  _16307   PROSPECTOR   LANE_
                        Address

                        _MORENO   VALLEY    CA    92557_
                        City                State      Zip Code

**PHONE (cell)**  _951  259-9063_  **EMAIL:**  _ANDY.DELAROSA@LACITY.ORG_

**PLAINTIFF SIGNATURE**  _[signature]_

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  De La Torre,    Román    —————
  Last         First         Middle

**HOME ADDRESS**  905   N   Purple   Sage   Dr   #A
  Address

Azusa         Ca    91702
  City         State    Zip Code

**PHONE (cell)**  (626) 857-6071  **EMAIL:** Roman.De La Torre@ LA CITY.ORG

**PLAINTIFF SIGNATURE** _____

-------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**    DENNIS        MIKE         D.
              Last                    First                   Middle

**HOME ADDRESS**    43968    BREEZE   WAY
              Address

              TEMECULA      CA      92592
              City                    State              Zip Code

**PHONE (cell)** 310 500 9879  **EMAIL:** PVE174@YAHOO.COM

**PLAINTIFF SIGNATURE**  _(signature)_

-----------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _DEYOUNG          DOUGLAS          MICHAEL_
Last                    First                    Middle

**HOME ADDRESS** _10403 WHITE BIRCH LANE_
Address

_ISLAND CITY          OR  97850_
City                    State        Zip Code

**PHONE (cell)** _(805) 857 4536_ **EMAIL:** _DUTCHMEDIC @ AOL.COM_

**PLAINTIFF SIGNATURE** _[signature]_

---------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  DIEZ        NICHOLAS        MICHAEL

Last        First        Middle

**HOME ADDRESS**  2801   SHARP   RD

Address

SIMI   VALLEY       CA       93065

City        State       Zip Code

**PHONE (cell)**  805-304-1185  **EMAIL:** Ndiez 14 @ GMAIL.COM

**PLAINTIFF SIGNATURE**  _n d_

--------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _DINO_ _MAX_ _PALOMAR_
Last       First       Middle

**HOME ADDRESS** _29349 Spencer Dr._
Address

_Canyon Country CA 91387_
City     State     Zip Code

**PHONE (cell)** _403-888-2688_    **EMAIL:** _mdino25@yahoo.com_
_max.dino@lacity.org_

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _DOMINGUEZ_ _BRYAN_ _STEVEN_
Last                    First                    Middle

**HOME ADDRESS** _135 VIA LA CIRCULA_
Address

_Torrance_        _CA_        _90277_
City                    State        Zip Code

**PHONE (cell)** _(310)409-8247_  **EMAIL:** _BRYAN12 @ GMAil. COM_

**PLAINTIFF SIGNATURE** _[signature]_

--------------------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   DOUGHTY        CHASE         MICHAEL
            Last           First          Middle

**HOME ADDRESS**   4871   HAZELNUT   AVE
                  Address

                  SEAL BEACH         CA       90740
                  City           State       Zip Code

**PHONE (cell)**   (360) 701-5789   **EMAIL:** RJPBLJ88 @ GMAIL.COM

**PLAINTIFF SIGNATURE**

-----------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME** _Douglas, TOWNER OWEN_
Last          First        Middle

**HOME ADDRESS** _843 E. MOUNTAIN WAY    UNIT B_
Address

_Azusa , Ca. 91702_
City          State    Zip Code

**PHONE (cell)** _805-290-7549_ **EMAIL:** _towner.douglas@yahoo.com_

**PLAINTIFF SIGNATURE** _[signature]_

------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  DRUMWRIGHT        DAYVION         LOUIS
          Last              First           Middle

**HOME ADDRESS**  8419  W CASMALIA  ST
                  Address

          RIALTO                    CA        92377
          City                      State     Zip Code

**PHONE (cell)**  909-994-7827  **EMAIL:** DAYVION.DRUMWRIGHT@LACITY.ORG

**PLAINTIFF SIGNATURE**

-----------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**       DUBARRY        ROBERT        JOSEPH
               Last           First         Middle

**HOME ADDRESS**   3800  BURTON  PL.
                   Address

               LA VERNE          CA      91750
               City             State    Zip Code

**PHONE (cell)**   714-642-3701   **EMAIL:** dubarryr@yahoo.com

**PLAINTIFF SIGNATURE**

------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**      DUNN                CASEY              ANDREW
              Last                First              Middle

**HOME ADDRESS**    2166 VIA AGUILA
                    Address

                    SAN CLEMENTE,      CA        92673
                    City              State      Zip Code

**PHONE (cell)**    (949) 530-0576    EMAIL: Casey.dunn@lacity.org

**PLAINTIFF SIGNATURE**

--------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _ERAZO_ _CHRISTIAN_ _NELSON – JOVAN_
Last              First            Middle

**HOME ADDRESS** _24681  PIUTE DR._
Address

_TEHACHAPI_       _CA_       _93561_
City             State      Zip Code

**PHONE (cell)** _424-409-8315_ **EMAIL:** _CHRISERAZO 87 @ GMAIL. COM_

**PLAINTIFF SIGNATURE** _____

---------------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _ESTRADA    MARK    EDMUND_

   Last             First            Middle

**HOME ADDRESS** _2651  COLERIDGE  DR._

   Address

_Los Alamitos  CA.  90720_

   City            State      Zip Code

**PHONE (cell)** _(562) 857-3397_ **EMAIL:** _markedmund1@yahoo.com_

**PLAINTIFF SIGNATURE** _Mark Estrada_

-----------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME      ESTRADA          NICHOLAS          A
          Last              First              Middle

HOME ADDRESS   8543      OAKDALE   AVE
               Address

          WINNETKA          CA        91306
          City              State      Zip Code

PHONE (cell)  (818) 307-0804   EMAIL: NESTRADA8891 @ GMAIL.COM

PLAINTIFF SIGNATURE   N-Est

---

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   EVANS          DARIN          EDWARD
           Last           First          Middle

**HOME ADDRESS**   40325   Paseo Sereno
                   Address

           Temecula          CA       92591
           City              State    Zip Code

**PHONE (cell)** ( 951 ) 440-3355   **EMAIL:** Darinevansdan@gmail.com

**PLAINTIFF SIGNATURE**

------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  E VISON        MATTHEW          B
        Last            First           Middle

**HOME ADDRESS**  29238   SEQUOIA   RD
        Address

        CANYON COUNTRY       CA      91387
        City          State    Zip Code

**PHONE (cell)**  (661) 803-9060      **EMAIL:** MATTEVISON10@GMAIL.COM

**PLAINTIFF SIGNATURE** _____

-----------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**    FARMON        THADDEAUS        F~~ASH~~ FLASH
              Last              First                Middle

**HOME ADDRESS**    717   N. Valley Dr.
                      Address

MANHATTan BEACH  CA    90266
City                State    Zip Code

**PHONE (cell)**  310-560-6832    **EMAIL:** thaddeaus.Farmon@lacity.org

**PLAINTIFF SIGNATURE**  _____

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME   FARRIS      MATHEW      RYAN
       Last        First       Middle

HOME ADDRESS   10950 W MAUVE CLOVER CT.
               Address

               STAR                    ID        83669
               City                    State     Zip Code

PHONE (cell)   714 863-3349   EMAIL: mfarris1982@yahoo.com

PLAINTIFF SIGNATURE

------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  FARROW          DEREK          S.
Last            First           Middle

HOME ADDRESS  6033 FIDLER AVE.
Address

LAKEWOOD          CA          90712
City            State       Zip Code

PHONE (cell) 562) 481-2692  EMAIL: DFARROW 41 @ GMAIL.COM

PLAINTIFF SIGNATURE _____

------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**  FAULKNER    CURTIS    SCOTT
         Last         First        Middle

**HOME ADDRESS** 32126 Camino Canyon Road
         Address

         Acton        CA        93510
         City        State      Zip Code

**PHONE (cell)** (661) 713-5995    **EMAIL:** Curtis.faulkner@lacity.org

**PLAINTIFF SIGNATURE** _Curtis Scott Faulkner_

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**    FINGER     MICHAEL     S
              Last            First            Middle

**HOME ADDRESS**    35023    WINTER GRASS    CT
              Address

                      WINCHESTER    CA     92596
                      City           State      Zip Code

**PHONE (cell)**   661-645-5586   **EMAIL:**   MFinger02@yahoo.com

**PLAINTIFF SIGNATURE** _____

---

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___FOSTER , VINCENT MICHAEL___
            Last          First         Middle

HOME ADDRESS ___553 LYNWOOD ST___
            Address

___THOUSAND OAKS CA 91360___
        City         State      Zip Code

PHONE (cell) ___(310)991-7432___ EMAIL: ___V.foster1@YAHOO.COM___

PLAINTIFF SIGNATURE ___Vincent M. Foster___

--------------------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  Fowler    Jonathan    A
Last    First    Middle

**HOME ADDRESS**  8592  Orchard Park Dr
Address

Riverside    CA    92508
City    State    Zip Code

**PHONE (cell)**  951-850-6140  **EMAIL:** Firefighter Jon44@gmail.com

**PLAINTIFF SIGNATURE**

------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME** _FREEMAN JR    TIMOTHY    PATRICK_
         Last              First          Middle

**HOME ADDRESS** _1063   HARPER DHAN  WAY_
                 Address

_GALLATIN        TN      37066_
City              State    Zip Code

**PHONE (cell)** _(661) 860-0822_ **EMAIL:** _Timothy. P. Freeman @ LA CITY och_

**PLAINTIFF SIGNATURE** _[signature]_

---------------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**  FUENTES          OMAR
          Last             First                    Middle

**HOME ADDRESS**  13601  SUNRISE  DR
                  Address

                  WHITTIER              CA        90602
                  City                  State     Zip Code

**PHONE (cell)** (323) 807-2052    **EMAIL:** OMAR.FUENTES@LACITY.ORG


**PLAINTIFF SIGNATURE**

--------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  FUETTE          RYAN          THOMAS   SAMUEL
Last            First          Middle

**HOME ADDRESS**  300  TIE  CHUTE  LN
Address

FLORENCE          MT          59833
City          State          Zip Code

**PHONE (cell)**  406-241-7554    **EMAIL:**  ryanfuette@gmail.com

**PLAINTIFF SIGNATURE**  _Ryan Fuette_

---------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   Gaj   Tony   N.
　　　　Last　　　　First　　　　Middle

**HOME ADDRESS**   2466 N. Alden St
　　　　　　Address

Simi Valley   CA   93065
City　　　　State　　　Zip Code

**PHONE (cell)** 818 - 455 - 2019   **EMAIL:** TonyGaj@Mac.com

**PLAINTIFF SIGNATURE**   _____

---------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**        Gallardo        Arturo              Alberto
        _____
        Last                 First                    Middle

**HOME ADDRESS**   5320  Carol Avenue
        _____
        Address

        Rancho Cucamonga      CA      91701
        _____
        City                      State      Zip Code

**PHONE (cell)**  (951)233-0184      **EMAIL:** Agallardo911@gmail.com
        _____

**PLAINTIFF SIGNATURE** _____

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  Gallegos  Raymond  Arthur

Last  First  Middle

HOME ADDRESS  2418 Petaluma Ave

Address

Long Beach  CA  90815

City  State  Zip Code

PHONE (cell)  562-882-4762  EMAIL:  fuegomedic@charter.net

PLAINTIFF SIGNATURE

----------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___GAMMON_____JORDAN_____DOUGLAS___
               Last            First           Middle

HOME ADDRESS ___44055 CALLE CAPISTRANO___
                       Address

___TEMECULA_____CA_____92590___
      City          State      Zip Code

PHONE (cell) ___951-572-0150___ EMAIL: ___Jordan.gammon@lacity.org___

PLAINTIFF SIGNATURE _____

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   Gapuzan    Felix-Edmund
          Last         First         Middle

**HOME ADDRESS**   14066 Hastings Ranch Ln
          Address

          Rancho Cucamonga,  CA  91739
          City         State     Zip Code

**PHONE (cell)**   909-261-0930   **EMAIL:** gapuzanfor @hotmail.com

**PLAINTIFF SIGNATURE**

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME   Garibay        Stephen
       Last           First           Middle

HOME ADDRESS   949 W. hacienda dr
               Address

       Corona           CA      92882
       City             State   Zip Code

PHONE (cell)  323 604 2013   EMAIL: Stephen.garibay@lacity.org
                                                    or
                                    stephengaribay93@gmail.com

PLAINTIFF SIGNATURE  _Stn  ldn_

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME** _Gassler         Christian         Dieter_
         Last                First                Middle

**HOME ADDRESS** _16412    Oakmont    Lane_
                 Address

_Huntington Beach      CA      92647_
City                   State   Zip Code

**PHONE (cell)** _818 635-3356_  **EMAIL:** _flexthelex@yahoo.com_

**PLAINTIFF SIGNATURE** _Chris Gassler_

-----------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**    GATEWOOD    QUINCY    Kenneth

       Last        First        Middle

**HOME ADDRESS**    209   ELM   Avence

       Address

       Long Beach          CA       90802

       City              State     Zip Code

**PHONE (cell)**  310-343-1143 **EMAIL:**  quincy.gatewood @LAcity.org

**PLAINTIFF SIGNATURE**

--------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  GATICA          ADAM          M
             Last            First          Middle

**HOME ADDRESS**  16432    AMBROSIA    LN
                  Address

FONTANA          CA      92336
City             State    Zip Code

**PHONE (cell)** (909) 581-5496  **EMAIL:** ADAM.M.GATICA@LACITY.ORG

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**  GAUL        RANDAll       JOHN
        Last          First          Middle

**HOME ADDRESS**  2344 PARK BIVD.
        Address

        UPLAND        CA       91784
        City        State      Zip Code

**PHONE (cell)**  909 917 8440   **EMAIL:** firecoon@hotmail.com

**PLAINTIFF SIGNATURE**  _____

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**   GELINAS     CHRISTOPHER     MICHAEL
           Last              First              Middle

**HOME ADDRESS**   29218  QUINCY  ST
                   Address

                   CASTAIC          CA        91384
                   City             State     Zip Code

**PHONE (cell)**   661 713 7290   **EMAIL:** Christopher.m.Gelinas @LACITY.org

**PLAINTIFF SIGNATURE** _____

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   GELINAS          KEVIN          JOSEPH
           Last             First          Middle

**HOME ADDRESS**   23480 BENDING OAK CT
                   Address

           MURRIETA          CA          92562
           City              State       Zip Code

**PHONE (cell)**   805-405-7027   **EMAIL:** kevin.j.gelinas@gmail.com

**PLAINTIFF SIGNATURE**

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  GENTRY      CHRIS      A
         Last          First        Middle

**HOME ADDRESS**  1177 LEANING LARCH LANE
                  Address

KALISPELL          MT      59901
City               State   Zip Code

**PHONE (cell)**  406-407-2002  **EMAIL:** FFGENTRY7@GMAIL.COM

**PLAINTIFF SIGNATURE**  _[signature]_

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  GERARD        SEVAN        DANIEL
      Last          First        Middle

HOME ADDRESS  1728  EVANS      AVE
              Address

VENTURA        CA    93001
City           State Zip Code

PHONE (cell)  1 (310) 633-4495  EMAIL:  sevangerard @ gmail.com

PLAINTIFF SIGNATURE

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME    Gibson        Jacob        William
_____
        Last          First        Middle

HOME ADDRESS    24119  Highlander Rd.
_____
        Address

        West Hills        CA        91307
_____
        City          State      Zip Code

PHONE (cell)  (818) 530-8750   EMAIL: jacob.w.gibson@lacity.org

PLAINTIFF SIGNATURE   Jacob Gibson
_____

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**　　GILBERT　　JOSHUA　　WAYNE
　　　　　　Last　　　　　　First　　　　　Middle

**HOME ADDRESS**　2661　WHITNEY DR
　　　　　　　　　Address

　　　　　　　　　ALHAMBRA　　CA　　91803
　　　　　　　　　City　　　　　State　　Zip Code

**PHONE (cell)** 317-427-8772　**EMAIL:** jwgilbert317@gmail.com

**PLAINTIFF SIGNATURE**

------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME** GILMER      ROBERT       JOSEPH

Last                  First                  Middle

**HOME ADDRESS** 4628 STARSTONE CT

Address

PALMDALE       CA     93551

City             State     Zip Code

**PHONE (cell)** (818) 421-3089  **EMAIL:** ROBERT.GILMER@LACITY.ORG

**PLAINTIFF SIGNATURE**

---------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  Godby          Matthew          Ryan
　　　　　Last　　　　　First　　　　　Middle

**HOME ADDRESS**  319 1   Jessica   St
　　　　　　　　Address

Newbury   Park   CA   91320
City　　　　　　State　　Zip Code

**PHONE (cell)** (562) 900 8969  **EMAIL:** Matthew.R.Godby@lacity.org

**PLAINTIFF SIGNATURE** _M.Godby_

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _Gomez          Frank_____
           Last          First          Middle

**HOME ADDRESS** _2114 Ironbark Circle_____
           Address

           _Brea,  CA    92821_____
           City          State      Zip Code

**PHONE (cell)** _(323) 216-0415_ **EMAIL:** _Frank.Gomez@lacity.org_

**PLAINTIFF SIGNATURE** _____

-------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

NAME _GOMEZ, PABLO_____
        Last       First       Middle

HOME ADDRESS _1615 S. WALKER AVE_____
        Address

_SAN PEDRO, CALIF. 90731_
        City       State    Zip Code

PHONE (cell) _323-219-7239_ EMAIL: _pablogomezlafd@yahoo.com_

PLAINTIFF SIGNATURE _Pablo Gomez_

------------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**     GONZALEZ     ALFONSO
             Last             First              Middle

**HOME ADDRESS**   8348   OCEAN VIEW AVE
                   Address

             WHITTIER        CA       90602
             City          State    Zip Code

**PHONE (cell)** (213) 591·3270    **EMAIL:** ag5309@yahoo.com

**PLAINTIFF SIGNATURE** _Alfonso Glez_

-----------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   GONZALEZ          JACOB          STEVEN
            Last           First          Middle

**HOME ADDRESS**   832   EUCLID   AVE
            Address

            LONG BEACH          CA          90804
            City         State      Zip Code

**PHONE (cell)** (562)322-2691   **EMAIL:** jsgonzo2D@gmail.com

**PLAINTIFF SIGNATURE** _____

----------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  Gonzalez      Javier        N/A
          Last          First         Middle

**HOME ADDRESS**  11878 Flicker Cove
                  Address

                  Corona      CA      92883
                  City        State   Zip Code

**PHONE (cell)**  213)400-6805    **EMAIL:** smokeman9111@yahoo.com


**PLAINTIFF SIGNATURE**

---

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**    Gonzalez          Jesse          Jason
             Last              First          Middle

**HOME ADDRESS**    11516 Del Mar Ave
                     Address

             Chino                    CA          91710
             City                     State       Zip Code

**PHONE (cell)**    626-523-6805          **EMAIL:** jesse.gonzalez@lacity.org

**PLAINTIFF SIGNATURE**

---------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME   Gonzalez      Steven         Gabriel
       Last          First          Middle

HOME ADDRESS   4467   Via Del Valle
               Address

               Yorba Linda          CA      92886
               City                 State   Zip Code

PHONE (cell) 213 500 3249    EMAIL: Steven.Gonzalez@lacity.org


PLAINTIFF SIGNATURE

-------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**    GOODRICH    MATTHEW    RYAN
_____
            Last            First            Middle

**HOME ADDRESS**    1544   FAIR   VALLEY   RD
_____
            Address

    EL CAJON        CA        92019
_____
    City            State        Zip Code

**PHONE (cell)** 619-792-0526    **EMAIL:** MATT RGOODRICH @ YAHOO.com

**PLAINTIFF SIGNATURE** _Matt Goodrich_

---------------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  ORTIZ GRAXEDA   Israel
_____Last_____First_____Middle_____

**HOME ADDRESS**  16250  Homecoming  DR   #1950
_____Address_____

CHINO                  CA        91708
____City_____State_____Zip Code_____

**PHONE (cell)**  626·607·0074   **EMAIL:** israelortizg2l @gmail.com

**PLAINTIFF SIGNATURE** _____

-----------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  GRANT          BRANDON          C
            Last              First                  Middle

**HOME ADDRESS**  340 BLISTER PARK CE.
                    Address

                    CAMARILLO          CA          93012
                    City                State        Zip Code

**PHONE (cell)**  (661) 607-2778  **EMAIL:** GRANTBL07@GMAIL.com

**PLAINTIFF SIGNATURE** _____

---------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  GRIFFIN      GILLIAN      Denali

       Last          First         Middle

**HOME ADDRESS**  888 Victor Ave #19

       Address

       Inglewood      CA      90302

       City       State      Zip Code

**PHONE (cell)**  619-866-9163 **EMAIL:** gdgriffin1@gmail.com

**PLAINTIFF SIGNATURE**  _[signature]_

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  GRIGSBY        BASHAD        ALEXANDER.
      Last              First          Middle

**HOME ADDRESS**  868 ATCHISON ST.
         Address

      PASADENA        CA      91104
      City            State   Zip Code

**PHONE (cell)**  (404)543-7711    **EMAIL:** GrigsVI @ gmail.com

**PLAINTIFF SIGNATURE** Bashad Grigsby

------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

NAME _GUERRERO , MARTIN_
     Last                    First                    Middle

HOME ADDRESS _5493  PINE AVE_
             Address

_CHINO  Hills          CA        91709_
City                    State      Zip Code

PHONE (cell) _909 636 · 3048_ EMAIL: _MSML guerrero @ GMAIL. COM_

PLAINTIFF SIGNATURE _Martin Guerrero_

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** GUTIERREZ, DANIEL
              Last         First           Middle

**HOME ADDRESS** 3204 RICHVIEW DR
                   Address

HACIENDA HEIGHTS CA 91745
       City           State       Zip Code

**PHONE (cell)** 323) 868.2261   **EMAIL:** DAN.GUTIERREZ@LACITY.ORG

**PLAINTIFF SIGNATURE**

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___Gutierrez___ ___Roland___ ___Gilbert___
           Last           First          Middle

HOME ADDRESS ___209   West De La Guerra___
           Address

___Santa Barbara    CA    9301___
           City           State     Zip Code

PHONE (cell) ___805-448-6389___    EMAIL: ___roland.gutierrez@lacity.org___

PLAINTIFF SIGNATURE ___[signature]___

---------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  HALL        JAMES        FRANK
          Last        First        Middle

**HOME ADDRESS**  56  WOODWORTH  WAY
                  Address

PETALUMA        CA        94952
City            State     Zip Code

**PHONE (cell)** (707)331-8066  **EMAIL:** JAMES.F.HALL @ lacity.org

**PLAINTIFF SIGNATURE** _____

---

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  _HALSTEAD_    _KYLE_    _HARRY_
Last            First           Middle

**HOME ADDRESS**  _15755    WOOD ACRE    CT_
Address

_ELBERT_    _CO_    _80106_
City            State       Zip Code

**PHONE (cell)**  _(06) 802 6881_  EMAIL:  _KYLE.HALSTEAD@LACITY.ORG_

**PLAINTIFF SIGNATURE**

---

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**   HAMILTON    ORRIE    W
               Last           First           Middle

**HOME ADDRESS**   941 CAYO GRANDE CT
                       Address

                       NEWBURY PARK    CA    91320
                       City           State     Zip Code

**PHONE (cell)**   818.632.7508    **EMAIL:** Orrie.hamilton@lacity.org

**PLAINTIFF SIGNATURE**

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  HANNAN        SHAUN        JEFFREY
            Last            First          Middle

**HOME ADDRESS** 1025 OCCIDENTAL DR.
                  Address

CLAREMONT        CA        91711
City              State      Zip Code

**PHONE (cell)** (909)973-5627   **EMAIL:** Shaun.hannan@lacity.org

**PLAINTIFF SIGNATURE**

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  Hartley , Michael          Allan
Last          First          Middle

**HOME ADDRESS**  13236 S. Herriman Rose Blvd.
Address

Herriman , UT          84096
City          State          Zip Code

**PHONE (cell)**  805-210-9730 **EMAIL:** MikeHartley343@Gmail.com

**PLAINTIFF SIGNATURE**

-------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   HATFIELD   ROBERT   PERRY
           Last       First     Middle

**HOME ADDRESS**   599   CAMILLO RD
                   Address

                   SIERRA MADRE   CA   91024
                   City           State   Zip Code

**PHONE (cell)**   626-833-2112   **EMAIL:** RPHATFIELD1@GMAIL.com

**PLAINTIFF SIGNATURE**   _[signature]_

-------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   Hauch          Andrew          Michael
           Last            First           Middle

**HOME ADDRESS**   23315   8TH ST
                   Address

                   SANTA CLARITA        CA        91321
                   City                 State     Zip Code

**PHONE (cell)**   661 733 7088    **EMAIL:** Andrew.M.Hauch@lacity.org

**PLAINTIFF SIGNATURE**   Andrew

------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  HAVRO      CONNOR      JAY
Last              First              Middle

**HOME ADDRESS**  1146  CONIFER VIEW  ROAD
Address

WHITEFISH      MT      59937
City              State      Zip Code

**PHONE (cell)**  406-260-6633    **EMAIL:** C.HAVRO@GMAIL.COM

**PLAINTIFF SIGNATURE**  _Connor Havro_

-------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   HEBERT                DARIN                BENTE
           Last               First             Middle

**HOME ADDRESS**   28137 OAKLAR Dr.
                    Address

                    SANTA CLARITA  CA     91350
                    City              State    Zip Code

**PHONE (cell)**   424 376 8261     **EMAIL:** hebert.darin@yahoo.com

**PLAINTIFF SIGNATURE**

--------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**      HENRY          LEVI          JOSEPH
            Last              First            Middle

**HOME ADDRESS**   28908   CAMINO  DEL  ARTE  DR
            Address

            VALENCIA           CA        91354
            City             State      Zip Code

**PHONE (cell)**   (818) 419-6525       **EMAIL:** LEVI. J. HENRY @ LACITY.ORG

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _HERNANDEZ, ANTHONY    P_
         Last            First         Middle

**HOME ADDRESS** _4688 VIA GRANDE_
                 Address

_NEWBURY PARK CA    91320_
City            State      Zip Code

**PHONE (cell)** _818-644-7660_ **EMAIL:** _ANTHONY.HERNANDEZ@LACITY.ORG_

**PLAINTIFF SIGNATURE** _[signature]_

---------------------------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
### – Rotational Fire Fighters Staffing Ambulances)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME**     HERNANDEZ     DAVID     ACCIDEZ
            Last           First           Middle

**HOME ADDRESS**     29098   MADRID   PLACE
                    Address

                    SANTA   CLARITA      CA      91384
                    City                State   Zip Code

**PHONE (cell)**   819  621-6482  **EMAIL:**   firefam911dh@gmail.com

**PLAINTIFF SIGNATURE**   _David_

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** Hernandez   Richard

Last            First            Middle

**HOME ADDRESS** 9221  Orizaba  Ave

Address

Downey            CA        90240

City            State      Zip Code

**PHONE (cell)** (562) 762-6533 **EMAIL:** XTREMRIC@gmail.com

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _Herring_ _Kimberly_ _J_
　　　　　Last　　　　　First　　　　　Middle

**HOME ADDRESS** _116 S. Monte Vista Ave._
　　　　　　　　　Address

_Covina_　　　_CA_　　_91723_
City　　　　　State　　Zip Code

**PHONE (cell)** _626 991-6056_　**EMAIL:** _KJHerring87@YAHOO.com_

**PLAINTIFF SIGNATURE** _KJH_

----------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  HILL , BRANDON    ANTHONY
          Last         First            Middle

**HOME ADDRESS**  809 S CATALINA AVE #B
                  Address

                  REDONDO BEACH , CA    90277
                  City              State    Zip Code

**PHONE (cell)**  (209)747-8972  EMAIL: BRANDHILL810@GMAIL.COM

**PLAINTIFF SIGNATURE**  _____

-------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  HOBBS          SCOTT          JAMES
          Last           First          Middle

**HOME ADDRESS**  25761 LEPARC UNIT #90
                  Address

                  LAKE FOREST          CA          92630
                  City                 State       Zip Code

**PHONE (cell)**  (949) 292-6578  **EMAIL:** S_HOBBS86@YAHOO.COM

**PLAINTIFF SIGNATURE**  _Scott H_

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**   _HOGAN   Clayton_
          Last          First          Middle

**HOME ADDRESS**  _130 MACY DR._
                  Address

_HENDERSONVILLE  TN   37075_
City                    State    Zip Code

**PHONE (cell)** _(661)212-4627_ **EMAIL:** _clayton.jhogan@hotmail.com_

**PLAINTIFF SIGNATURE** _[signature]_

-------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME    *HOLLAND*        *CAMERON*        *TROY*
        Last             First            Middle

HOME ADDRESS    *147. N. CORNELL AVE*
                Address

                *FULLERTON*        *CA*        *92831*
                City               State       Zip Code

PHONE (cell)    *(714) 345-8464*    EMAIL: *CAMERON.T.HOLLAND@LACITY.ORG*

PLAINTIFF SIGNATURE _____

-----------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME**   HONG          Philip          JIN
           Last          First          Middle

**HOME ADDRESS**   32852   Dana poplar
                   Address

           Dana Point        CA        92629
           City              State     Zip Code

**PHONE (cell)** 949-351-6925   **EMAIL:** Phillhonger@Gmail.Com

**PLAINTIFF SIGNATURE**

--------------------------------------------------------------------------------

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  HOOVER          BRIAN          ANDREW
         Last            First          Middle

**HOME ADDRESS**  32491   THE OLD RD
                  Address

                  CASTAIC          CA       91384
                  City             State    Zip Code

**PHONE (cell)**  (661)313-6984    **EMAIL:** merc193@aol.com

**PLAINTIFF SIGNATURE** _Brian He_

-------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**     HOPWOOD          SAMUEL          ROY
             Last             First           Middle

**HOME ADDRESS**   11321   BLUE   SAGE   DR
                   Address

                   SYLMAR            CA        91342
                   City              State     Zip Code

**PHONE (cell)**   314-223-1286   **EMAIL:** SAMUELHOPWOOD @ GMAIL.COM


**PLAINTIFF SIGNATURE**   _(signature)_

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME    HORST        CHRISTOPHER      JAMES
          Last              First              Middle

HOME ADDRESS    909  E  PERCIVAL  AV
                    Address

        POST FALLS          ID      83854
        City                State    Zip Code

PHONE (cell)  208 - 704 - 7315   EMAIL:  CHRISJH251 @ YAHOO.COM

PLAINTIFF SIGNATURE

------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**    HOWARD          BRYAN          F
            Last            First          Middle

**HOME ADDRESS**    3600 RADCLIFFE RD
                    Address

THOUSAND OAKS          CA 91360
City                   State   Zip Code

**PHONE (cell)** 805 358 9493  **EMAIL:** Bb5howard@gmail.com

**PLAINTIFF SIGNATURE**

---

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**     Hoyt              Wyatt              Emerson
             Last              First              Middle

**HOME ADDRESS**   18225 Rancho St
                   Address

                   Tarzana          CA          91356
                   City             State       Zip Code

**PHONE (cell)**  (818) 744-3647   **EMAIL:**  Hoyt     Wyatt.E.Hoyt@lacity.org

**PLAINTIFF SIGNATURE** Wyatt Hoyt

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  Hsieh          Henry
       Last          First          Middle

HOME ADDRESS  24  Hyannis
       Address

       Laguna  Niguel  CA  92677
       City          State      Zip Code

PHONE (cell)  9493385956  EMAIL:  hsiehhenry21@gmail.com

PLAINTIFF SIGNATURE _____

---

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**    HUGHES    CHRISTOPHER    GEORGE
Last    First    Middle

**HOME ADDRESS**    23745  VIA  ASTORGA
Address

MISSION  VIEJO  CA  92691
City    State    Zip Code

**PHONE (cell)** 262.271.5407  **EMAIL:** Chughes262@live.com

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------
**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  Hungerford        Tomas
         Last              First              Middle

**HOME ADDRESS**  525 N. Florence ST.
                 Address

         Burbank        CA      91505
         City           State   Zip Code

**PHONE (cell)**  818-618-9085   **EMAIL:** TomasHungerford@gmail.com


**PLAINTIFF SIGNATURE**  Tomas Hungerford

------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _HURST_____ _TYRONE_____ _D_____
        Last                First               Middle

**HOME ADDRESS** _20436    JAM CARROll DR_____
                  Address

_SANTA    CIARITA    CA    91350_____
City                State         Zip Code

**PHONE (cell)** _661 869-6438_ **EMAIL:** _Tyrone.Hurst@ yahoo.com_____

**PLAINTIFF SIGNATURE** _____

---------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   _HUXFORD        CAYLIN        ALISE_
          Last                First                Middle

**HOME ADDRESS**   _6421    CASA   VERDE   DR._
                   Address

   _CYPRESS            CA        90630_
   City               State     Zip Code

**PHONE (cell)**  _(949)293-7574_  **EMAIL:**  _CHUXFORD12@GMAIL.COM_

**PLAINTIFF SIGNATURE**  _[signature]_

---

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  ILYAICH   DENIS   YURYEVICH
Last            First            Middle

**HOME ADDRESS**  3365 TRAWS AVE
Address

SIMI VALLEY   CA   93063
City            State   Zip Code

**PHONE (cell)** (32) 545-7500  **EMAIL:** DENNIS.ILYAICH @ LACITY.ORG

**PLAINTIFF SIGNATURE** _____

---

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**     Isaacson        Sean        Michael
             Last            First       Middle

**HOME ADDRESS**    30857  Golden Gate  Dr.
                    Address

                    Canyon Lake        CA        92587
                    City               State     Zip Code

**PHONE (cell)**  (562) 714-3233  **EMAIL:** Sean.Isaacson@yahoo.com

**PLAINTIFF SIGNATURE** Sean Isaacson

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   IZQUIERDO    GARY    STEVEN
_____Last_____First_____Middle_____

**HOME ADDRESS**   5433   BEN ALDER AVE
_____Address_____

WHITTIER            CA        90601
_____City_____State_____Zip Code_____

**PHONE (cell)**  562-309-3318    **EMAIL:** garyizquierdo@yahoo.com

**PLAINTIFF SIGNATURE**  _[signature]_

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**  JACOBS        KEVIN

Last        First        Middle

**HOME ADDRESS**  25114  Narbonne  AVE

Address

Lomita        CA        90717

City        State        Zip Code

**PHONE (cell)**  310-808-7898  **EMAIL:**  Kjacobs66@yahoo.com

**PLAINTIFF SIGNATURE**  _(signature)_

-------------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
### – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   <u>JACOBS        MARCUS        DANIEL</u>
                Last               First            Middle

**HOME ADDRESS**  <u>211 ELM AVE</u>
                       Address

                       <u>LONG BEACH    CA    90802</u>
                       City           State      Zip Code

**PHONE (cell)** (310) 427-2404  **EMAIL:** MARCUS.JACOBS @ LACITY.ORG

**PLAINTIFF SIGNATURE** _[signature]_

------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California**
**– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   JANSEN        BRENNAN        MICHAEL
          Last            First              Middle

**HOME ADDRESS**  12130  RIVER  GROVE  ST
                 Address

          MOORPARK              CA        93021
          City                  State     Zip Code

**PHONE (cell)**  805-990-0409    **EMAIL:**  BRENNAN JANSEN @ YAHOO.COM

**PLAINTIFF SIGNATURE** _____

---

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**      JANZEN          ALLEN          PAUL
                Last              First            Middle

**HOME ADDRESS**  28306   LINDA   VISTA   STREET
                     Address

               CANYON COUNTRY       CA      91387
                City                State   Zip Code

**PHONE (cell)**  (818) 205-5553   **EMAIL:** allen.p.janzen@lacity.org

**PLAINTIFF SIGNATURE**  _Allen Janzen_

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  <u>JEREMICA      PAUL      DAVID</u>
Last              First              Middle

**HOME ADDRESS**  <u>5032  MINDORA  DR</u>
Address

<u>TORRANCE          CA        90505</u>
City                          State        Zip Code

**PHONE (cell)**  <u>310-699-3566</u>  **EMAIL:** <u>PAUL.JEREMICA@GMAIL.COM</u>

**PLAINTIFF SIGNATURE** <u>_____</u>

----------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  JIMENEZ  VICTOR  H
          Last           First           Middle

**HOME ADDRESS**  21112  BUDLONG AVE
                  Address

                  TORRANCE     CA    90502
                  City         State  Zip Code

**PHONE (cell)**  (310) 531-0217   **EMAIL:** VICTOR.JIMENEZ@LACITY.ORG

**PLAINTIFF SIGNATURE**

---

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___JOHNSON___ ___RYAN___ ___BENJAMIN.___
               Last            First         Middle

HOME ADDRESS ___700 S. MYRTLE Ave #524___
                      Address

___MON ROVIA___ ___CA___ ___91016___
     City            State      Zip Code

PHONE (cell) ___818 933 1001___ EMAIL: ___RYAN.JOHNSON@LACITY.ORg___

PLAINTIFF SIGNATURE ___[signature]___

----------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**    Jones          Michael          Anthony
            Last           First            Middle

**HOME ADDRESS**    2400   Silky   Sullivan   Lane
                    Address

            Reno                   NV        89502
            City                   State     Zip Code

**PHONE (cell)**    775 997 9797    **EMAIL:** jones_michael 2244@yahoo.com


**PLAINTIFF SIGNATURE** _____

---

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**  JONES JR   OLIN          C
        Last         First        Middle

**HOME ADDRESS**  2863   EMERALD  BAY   CT
        Address

        TULARE          CA       93274
        City        State      Zip Code

**PHONE (cell)**  916-202-3144  **EMAIL:**  OLIN.JONES@LACITY.ORG

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** ___JUN_____WILLIAM_____
          Last            First            Middle

**HOME ADDRESS** __4301 JAMBUREE RD  #N152_____
                  Address

_____NEWPORT BEACH_____CA_____92660_____
          City                State    Zip Code

**PHONE (cell)** __310-756-8461____ **EMAIL:**_____

**PLAINTIFF SIGNATURE** _____

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _JURADO , ARMANDO NMI_
Last                    First                    Middle

**HOME ADDRESS** _256 THORNE ST._
Address

_LOS ANGELES , CA     90042_
City                    State        Zip Code

**PHONE (cell)** _(323) 445-2236_   **EMAIL:** _CJRMA35 @ YAHOO.COM_

**PLAINTIFF SIGNATURE** _[signature]_

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _KALEV        Kristian        R_
          Last          First          Middle

**HOME ADDRESS** _3783   SAN Anseline   AV_
                 Address

_Long   Beach        CA      90808_
City                 State   Zip Code

**PHONE (cell)** _847 312 6405_ **EMAIL:** _Kristian.R.Kalev @ lacity.org_

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**      KEENER          JASON          RUSSELL
              Last            First          Middle

**HOME ADDRESS**    1380 VIA LATINA DR
                    Address

              CAMARILLO          CA          93012
              City               State       Zip Code

**PHONE (cell)**    760-805-0333   **EMAIL:**   jmail0333@gmail.com

**PLAINTIFF SIGNATURE**

------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  KELLERS II     John     WARREN
Last              First           Middle

**HOME ADDRESS**  344  N. ALTA VISTA AVE
Address

MONROVIA          CA      91016
City              State   Zip Code

**PHONE (cell)**  (562) 244 0735     **EMAIL:** medicdubs96@gmail.com

**PLAINTIFF SIGNATURE** _____

---------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**    KELLY          ADONIS          LORELL
            Last            First           Middle

**HOME ADDRESS**    46472    KOHINOOR   WAY
                    Address

            TEMECULA        CA     92592
            City            State   Zip Code

**PHONE (cell)**  310 925-4064    **EMAIL:** DONKELLY312@YAHOO.COM

**PLAINTIFF SIGNATURE** _____

----------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   KELLY     CHARLES     TIMOTHY
          Last         First         Middle

**HOME ADDRESS**   100 DAGGETT CREEK ROAD
          Address

             BOISE        ID        83716
             City         State       Zip Code

**PHONE (cell)**   208-509-3955   **EMAIL:** CHUCKKELLY1985@yahoo.com

**PLAINTIFF SIGNATURE** _____

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____KETELSLEGER_____CASEY_____E_____
              Last                        First                      Middle

HOME ADDRESS ___2631 COLERIDGE DR_____
                          Address

            ___ROSSMOOR_____CA_____90720_____
                 City                              State        Zip Code

PHONE (cell) __(951) 760-4397__ EMAIL: _CASEY KETELSLEGER @ YAHOO.com_

PLAINTIFF SIGNATURE ___[signature]_____

---------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   KIM , EHUD S.
Last         First         Middle

**HOME ADDRESS**   16300 MAYALL ST
Address

NORTH HILLS , CA 91343
City                    State          Zip Code

**PHONE (cell)**   213-820-0088   **EMAIL:** EHUD.KIM@LACITY.ORG

**PLAINTIFF SIGNATURE**

-----------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   KIM          SAMUEL          HYUN
           Last         First           Middle

**HOME ADDRESS**   27513 ILLUMINATION CT.
                   Address

           VALENCIA          CA          91301
           City              State       Zip Code

**PHONE (cell)**   (323) 244-9708    **EMAIL:** SAMUELHYUNKIM87@GMAIL.COM

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  KIMBALL    TIMOTHY    MICHAEL

Last            First            Middle

**HOME ADDRESS**  2552  COBBLECREEK  CT.

Address

THOUSAND  OAKS  CA  91362

City            State        Zip Code

**PHONE (cell)**  805 405 4543  **EMAIL:** TIMKIMBALL69@YAHOO.COM

**PLAINTIFF SIGNATURE** _(signature)_

-------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  Kisow            Chad            Christopher
         Last             First            Middle

**HOME ADDRESS**  1143 E Orange Grove Ave
                  Address

Orange            CA        92867
City              State     Zip Code

**PHONE (cell)** (714)225-3944  **EMAIL:** chadkisow@yahoo.com

**PLAINTIFF SIGNATURE** _____

-------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME        KONG        ANTHONY
            Last        First               Middle

HOME ADDRESS    56 N. MICHIGAN AVE #4
                Address

                PASADENA        CA        91106
                City            State       Zip Code

PHONE (cell)  626 757 8986    EMAIL: anthony71190@gmail.com

PLAINTIFF SIGNATURE _____

------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** Kuzmicz            Christopher            Thomas
        Last                First                  Middle

**HOME ADDRESS** 3311   LONDON   STREET
                 Address

LOS ANGELES            CA        90026
City                   State     Zip Code

**PHONE (cell)** 8182378816     **EMAIL:** Christopher.Kuzmicz@lacity.org

**PLAINTIFF SIGNATURE**

-------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   KURIPLA   JONATHAN   DOUGLAS
                     Last           First            Middle

**HOME ADDRESS**   14651   CARNELL   STREET
                            Address

                         WHITTIER      CA      90603
                         City            State     Zip Code

**PHONE (cell)**   (760) 445-4433   **EMAIL:**   JKURIPLA@YAHOO.COM

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**        Lagunas            Edgar
                Last               First              Middle

**HOME ADDRESS**   631 s. Pandora pl
                   Address
                   Anaheim        Ca        92802
                   City           State     Zip Code

**PHONE (cell)**   714-269-6554    **EMAIL:** edgar.lagunas@lacity.org


**PLAINTIFF SIGNATURE** _____

---

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME    LAHR    JUSTIN    MILLER
          Last            First          Middle

HOME ADDRESS    4887 TERRACINA ST.
                        Address

                OCEANSIDE    CA    92056
                City            State    Zip Code

PHONE (cell)    310-995-8271    EMAIL: Justin.Lahr@yahoo.com

PLAINTIFF SIGNATURE    _____

-------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**  LAKE          David          Gordon
          Last           First          Middle

**HOME ADDRESS**  3875 E. 14TH STReeT
                  Address

                  Long Beach, CA  90804
                  City              State     Zip Code

**PHONE (cell)**  (562) 787-9108  EMAIL: DLFirefighter29@hotmail.com

**PLAINTIFF SIGNATURE**  _Jake_

--------------------------------------------------------------------------------------------------

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**     LANDON          DAVID          ROBERT
             Last            First          Middle

**HOME ADDRESS**  625  BRECKENRIDGE  PL
                  Address

                  Simi  Valley        CA      93065
                  City            State    Zip Code

**PHONE (cell)**  805-368-8770    **EMAIL:** dklandon521 @ gmail.com

**PLAINTIFF SIGNATURE** David Landon

---------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**    LANTZ        LYNDSEY        ELIZABETH
            Last              First                  Middle

**HOME ADDRESS**    7323  GENESTA  AVE
                    Address

            LAKE  BALBOA        CA        91406
            City                    State        Zip Code

**PHONE (cell)**  213. 446. 8585  **EMAIL:**  LYNDSEYLANTZ @ GMAIL.COM

**PLAINTIFF SIGNATURE**  _(signature)_

------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  LARA JARA, SERGIO
Last          First          Middle

**HOME ADDRESS**  724 W COMMONWEALTH AVE
Address

ALHAMBRA          CA          91801
City          State          Zip Code

**PHONE (cell)**  (951) 318-6829  **EMAIL:** sergio.larajara@lacity.org

**PLAINTIFF SIGNATURE**

-------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**         LARGEN          NATHAN          WILLIAM
                 Last            First           Middle

**HOME ADDRESS**  3224    LISBON    LN
                 Address

                 OXNARD              CA        93036
                 City                State     Zip Code

**PHONE (cell)**  (805) 212 - 0478    **EMAIL:** Nathan.Largen87@gmail.com

**PLAINTIFF SIGNATURE**

--------------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  LARSON        RYAN        HAROLD
           Last           First          Middle

**HOME ADDRESS**  714  E  LIME  AVE
                   Address

                   MONROVIA        CA    91016
                   City             State  Zip Code

**PHONE (cell)** (626) 590-1601  **EMAIL:** RHLARSON@PM.ME

**PLAINTIFF SIGNATURE** _____

-----------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**  LAWRENCE       JASON        MICHAEL
Last            First            Middle

**HOME ADDRESS** 643 KILLDALE COURT.
Address

SIMI VALLEY     CA.     93065
City            State       Zip Code

**PHONE (cell)** (805) 368-0601   **EMAIL:** Smoke8How7N81 @ YAHOO.Com.

**PLAINTIFF SIGNATURE**

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  LAWS ,   HASSAON   KY-YESAH
Last          First          Middle

**HOME ADDRESS**  28574   FARYN   CT.
Address

SAUGUS ,   CA   91350
City          State   Zip Code

**PHONE (cell)** 323-428-4682 **EMAIL:** H.LAWSP4MASL.COM

**PLAINTIFF SIGNATURE** _____

---

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   LAZAR , Scott    E.
Last        First        Middle

**HOME ADDRESS**  218 Ascot Dr.
Address

Aiken        SC      29803
City        State    Zip Code

**PHONE (cell)** 310 862-2103  **EMAIL:** SCOTTANDTINALAZAR@gmail.com

**PLAINTIFF SIGNATURE**

-----------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**    LEAMY          DENVER          REESE
    Last            First            Middle

**HOME ADDRESS**    766 DARMONT CIRCLE
    Address

    SIMS VALLEY        CA        93065
    City            State      Zip Code

**PHONE (cell)** (805) 731-2698    **EMAIL:** DENVERLEAMY3@Yahoo.com

**PLAINTIFF SIGNATURE**

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME     LEANO      EDWIN       ARGUETA
           Last           First          Middle

HOME ADDRESS    110 W. DEVANAH ST.
                 Address

                 COVINA         CA        91722
                 City             State     Zip Code

PHONE (cell)    (213) 703-5532     EMAIL: edwin.a.leano@lacity.org

PLAINTIFF SIGNATURE _____

-------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   LeBlanc     Matthew     R

          Last          First         Middle

**HOME ADDRESS**   1522   MUNSON   Ave

          Address

          Los Angeles      CA      90042

          City          State      Zip Code

**PHONE (cell)** 626 703 7899    **EMAIL:**   Matthew. leblanc @ lacity.org

**PLAINTIFF SIGNATURE**

---

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** LEON     MICHAEL     ROBERT
Last          First          Middle

**HOME ADDRESS** 11224   VISTA   WAY
Address

CORONA        CA      92883
City          State      Zip Code

**PHONE (cell)** 909 641 4766 **EMAIL:** USCFIRE@GMAIL.COM

**PLAINTIFF SIGNATURE**

-------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _LEVINDOFSKE_   _KYLE_   _ROBERT_
         Last              First          Middle

**HOME ADDRESS** _155  N  BARNWELL  ST_
                 Address

_OCEANSIDE    CA    92054_
City          State    Zip Code

**PHONE (cell)** _714-293-4986_  **EMAIL:** _Kyle LEVINDOFSKE@csu.Fullerton.edu_

**PLAINTIFF SIGNATURE** _[signature]_

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME** _LEW_____ _BRENDON_____ _SATOSHI_____
   Last            First            Middle

**HOME ADDRESS** _420  GREENWOOD  ST._____
   Address

_NEWBURY  PARK     CA    91320_____
   City            State    Zip Code

**PHONE (cell)** _805/857-2145_ **EMAIL:** _BRENDON.LEW @ LACITY. ORG_

**PLAINTIFF SIGNATURE** _Brendon Lew_____

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  Lewis      Gregory      W
         Last          First            Middle

**HOME ADDRESS**  5700  Stanberd Ct
                  Address

Chino Hills      CA      91709
City              State   Zip Code

**PHONE (cell)**  909-973-8419   **EMAIL:**  gwlewis68@icloud.com

**PLAINTIFF SIGNATURE**  _Gregory W. Lewis_

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME   LIFFERS   NICHOLAS   ANTHONY
       Last        First       Middle

HOME ADDRESS   3954 E. COCHRAN STREET, UNIT 61
               Address

   SIMI VALLEY        CA        93063
   City             State     Zip Code

PHONE (cell)   (805) 990-3577   EMAIL:   lakerfan10@hotmail.com

PLAINTIFF SIGNATURE   _____

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME    LILE          DOMINIC          JAMES
        Last          First            Middle

HOME ADDRESS    1555   PEARL HEIGHTS ROAD
                Address

                VISTA              CA
                City               State        Zip Code

PHONE (cell)    (949) 547-7017  EMAIL:  DOMINIC.LILE @ LACITY.ORG

PLAINTIFF SIGNATURE

---

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  LINARES      FERNANDO
          Last          First          Middle

**HOME ADDRESS**  38232  CALLE CIPRES
                  Address

MURRIETA        CA      92562
City            State   Zip Code

**PHONE (cell)** 951-415-1394    **EMAIL:** FLINARES@LIVE.COM

**PLAINTIFF SIGNATURE**

---------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**      _Lloyd_____    _Darren_____    _Alimon_____
              Last              First              Middle

**HOME ADDRESS**  _11730    OTSEGO ST. # 313_____
                  Address

              _North Hollywood_____    _CA_    _91601_____
              City                       State    Zip Code

**PHONE (cell)** _818. 905. 7041_  **EMAIL:** _darrenlloyd@gma.1.com_

**PLAINTIFF SIGNATURE** _____

---------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  LOERA        ANDREW        M
　　　　　Last　　　　　　First　　　　　　Middle

**HOME ADDRESS**  2836  Glenrose  Ave
　　　　　　　　　Address

　　　　　　　　　Altadena　　　　　CA　　　91001
　　　　　　　　　City　　　　　　State　　Zip Code

**PHONE (cell)**  (323) 992-7298   **EMAIL:** andrew m loera @ gmail.com

**PLAINTIFF SIGNATURE**  _____

-------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California**
**– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  _Lomeli    Brian_
  Last            First            Middle

**HOME ADDRESS**  _25277  Pacific Crest St_
  Address
  _Corona          Ca      92883_
  City            State    Zip Code

**PHONE (cell)** _562-822-0866_  **EMAIL:** _b.lomeli562@yahoo.com_

**PLAINTIFF SIGNATURE**

-----------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** Lopez Lonnie, Jr.
Last            First            Middle

**HOME ADDRESS** 7247 Abigail Pl.
Address

Fontana            CA            92336
City            State            Zip Code

**PHONE (cell)** 909 239-4294   **EMAIL:** lonnie.lopez@lacity.org
lonlopz@yahoo.com

**PLAINTIFF SIGNATURE** Lonnie Lopez

-----------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME   _Lovejoy_        _Jacob_         _J_
       Last          First         Middle

HOME ADDRESS   _1395 SHERFIELD PL_
       Address

_Thousands Oaks    CA      91360_
       City        State     Zip Code

PHONE (cell)   _805 340-8995_ EMAIL: _Lovejoy 59 @ hotmail.com_

PLAINTIFF SIGNATURE   _____

---

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** LOZANO     RYAN     COLBY
Last          First          Middle

**HOME ADDRESS** 3503     CARFAX     AVE
Address

LONG BEACH     CA     90808
City          State     Zip Code

**PHONE (cell)** (310)916-4233 **EMAIL:** RYAN.C.LOZANO@LACITY.ORG

**PLAINTIFF SIGNATURE** _____

---

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   LUFT   SCOTT   RAYMOND
　　　　　Last　　　　First　　　　Middle

**HOME ADDRESS**   5858 N HARCOURT DR
　　　　　　　Address

COEUR D'ALENE   ID   83815
City　　　　　　State　　　Zip Code

**PHONE (cell)**   805-217-2244   **EMAIL:** SCOTT.R.LUFT@GMAIL.COM

**PLAINTIFF SIGNATURE**

---------------------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**　　MACDOWELL　　MICHAEL　　GLEN
　　　　　　　Last　　　　　　First　　　　　Middle

**HOME ADDRESS**　15935　LIVE OAK　SPRING CYN Rd
　　　　　　　　　Address

　　　　　　　SANTA CLARITA　　CA　　91387
　　　　　　　City　　　　　　　State　　Zip Code

**PHONE (cell)**　661　478 0706　　**EMAIL:** m_macdowell@hotmail.com

**PLAINTIFF SIGNATURE**　_Michael Macdowell_

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**    Magana          Felix
            Last            First           Middle

**HOME ADDRESS**  7996 Grimes Canyon Rd
                  Address

            Moorpark          Ca          93021
            City              State       Zip Code

**PHONE (cell)** 805-340-9353  **EMAIL:** fmagana65@yahoo.com

**PLAINTIFF SIGNATURE** F Magana

---------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
### – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**   MAGISTRADO        MICHAEL          SANTOS
_____
           Last                First             Middle

**HOME ADDRESS**   11921   KIOWA AVE APT #4
_____
           Address

           LOS ANGELES              CA         90049
_____
           City                    State      Zip Code

**PHONE (cell)**  (619)587-3050      **EMAIL:** M.magistrado1984@gmail.com
_____

**PLAINTIFF SIGNATURE** _____

-------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  MACRAY            CHRISTOPHER            GEORGE
         Last                First                Middle

**HOME ADDRESS**  826 COLUMBIA ST.
                  Address

         REDLANDS          CA        92374
         City              State     Zip Code

**PHONE (cell)**  (951) 413-4281   **EMAIL:** Chrismukray@yahoo.com

**PLAINTIFF SIGNATURE**

---------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  MANDAHL    Michael    John
         Last        First      Middle

**HOME ADDRESS**  1200 Mitchell lane
                  Address

                  Big Bear    CA.    92314
                  City        State  Zip Code

**PHONE (cell)**  714 267-3341    **EMAIL:** Michaelmandahl@aol.com

**PLAINTIFF SIGNATURE** *[signature]*

---------------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**　　Mann　　　　Aaron　　　　Thomas
　　　　　　　Last　　　　　　First　　　　　　Middle

**HOME ADDRESS**　30725 US Hwy 19 N #254
　　　　　　　　　Address

　　　　　　　Palm Harbor　　FL　　30725
　　　　　　　City　　　　　　State　　Zip Code

**PHONE (cell)** 562-261-4414 **EMAIL:** aaron.mann @ lacity.org

**PLAINTIFF SIGNATURE** _____

---------------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
### – Rotational Fire Fighters Staffing Ambulances)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME**      MARIN        FERNANDO        BRYAN
              Last            First           Middle

**HOME ADDRESS**   6740 AMBER CT
                   Address

                   RANCHO CUCAMONGA      CA      91701
                   City                 State   Zip Code

**PHONE (cell)**   (909) 317-7021    **EMAIL:** FERNANDO.B.MARIN@LACITY.ORG


**PLAINTIFF SIGNATURE**

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  MARQUEZ     MIGUEL
        Last            First            Middle

**HOME ADDRESS**  7870  JADEITE AVE
                Address

RANCHO CUCAMONGA, CA    91730
City                State    Zip Code

**PHONE (cell)**  323·271·5341  **EMAIL:** marquez.m@live.com

**PLAINTIFF SIGNATURE**

---

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** ___MARSEY___ ___TANNER___ ___ADAM___
Last        First        Middle

**HOME ADDRESS** ___612 OAKLEAF DR___
Address

___OCEANSIDE___ ___CA___ ___92058___
City        State        Zip Code

**PHONE (cell)** ___714-878-7565___ **EMAIL:** ___TANNER.MARSEY@GMAIL.COM___

**PLAINTIFF SIGNATURE** ___

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**   MARTIN          ADAM          NICHOLAS
            Last            First          Middle

**HOME ADDRESS**  2725  MCALLISTER ST
                   Address

                   RIVERSIDE          CA        92503
                   City              State      Zip Code

**PHONE (cell)**  951-310-9190   **EMAIL:** Adam.N.MARTIN @ LACITY.ORG

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   MARTIN, Timothy James
　　　　　Last　　　　　　　First　　　　　　　Middle

**HOME ADDRESS**   4332 Mill Valley Rd
　　　　　　　　Address

　　　　　　　　Moorpark　　　CA　　　93021
　　　　　　　　City　　　　　　　State　　　Zip Code

**PHONE (cell)**   805-791-8198   **EMAIL:** Timothy.j.Martin@lacity.org

**PLAINTIFF SIGNATURE**   _____

------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME   _MARTINEZ          ERIC          EMILIO_

  Last                   First          Middle

HOME ADDRESS   _23315   TIMBERLANE DR_

  Address

  _VALENCIA          CA          91354_

  City               State       Zip Code

PHONE (cell)  _(805) 915 - 8616_   EMAIL: _eric.e.martinez @ lacity.org_

PLAINTIFF SIGNATURE  _Eric Martinez_

----------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _Martinez        Francisco_
           Last            First              Middle

**HOME ADDRESS** _556   W.  Ralston   St._
                 Address

_Ontario          CA      91762_
City              State    Zip Code

**PHONE (cell)** _(909) 210-2465_  **EMAIL:** _Frankmc29@Hotmail.com_

**PLAINTIFF SIGNATURE** _[signature]_

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** MARTINEZ   Steven   M
Last        First        Middle

**HOME ADDRESS** 14401   Fairview  Ln
Address

Huntington   Beach  CA  92647
City        State    Zip Code

**PHONE (cell)** 909-802-4874 **EMAIL:** sphen7400@gmail.com

**PLAINTIFF SIGNATURE** _____

-------------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME** _Mass_____ _Jason_____ _Paul_____
Last                First               Middle

**HOME ADDRESS** _844  W Francis St_____
Address

_Corona_____ _CA_____ _92882_____
City                State        Zip Code

**PHONE (cell)** _626)695 - 6323_ **EMAIL:** _Jason.mass @ Lacity.org_

**PLAINTIFF SIGNATURE** _____

----------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   McCord          John          Martin
             Last            First         Middle

**HOME ADDRESS**   517  W.  America  Ave  # A
                    Address

                    Fullerton          CA          92832
                    City               State       Zip Code

**PHONE (cell)**   714-264-9334   **EMAIL:**   John MMccord16@gmail.com

**PLAINTIFF SIGNATURE**

---------------------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**    _McGRADY    MICHAEL    JOSEPH_
            Last          First          Middle

**HOME ADDRESS**  _20652 ALAMINOS DR_
            Address

            _SAUGUS        CA      91350_
            City          State    Zip Code

**PHONE (cell)** _661-305-0128_ **EMAIL:** _MCGRADY22871@GMAIL.COM_

**PLAINTIFF SIGNATURE** _michael mcgrady_

------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** McKINNEY    PETER    MATTHEW
Last    First    Middle

**HOME ADDRESS** 1062 E RENWICK RD
Address
GLENDORA    CA    91723
City    State    Zip Code

**PHONE (cell)** (626) 221-8589 **EMAIL:** peter.mckinney@lacity.org

**PLAINTIFF SIGNATURE**

-------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**     _MEDINA_ , _BRYAN_ , _FABIAN_
                Last          First          Middle

**HOME ADDRESS**   _21  SUMMERFIELD_
                      Address

_IRVINE,   CA        92614_
City            State      Zip Code

**PHONE (cell)** _714-559-8776_  **EMAIL:** _BFMED1961@yahoo.com_

**PLAINTIFF SIGNATURE** _[signature]_

---

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

NAME        MENDENHALL   CHASE        ADAM
            Last            First           Middle

HOME ADDRESS  23402   LADY   LINDA   LN.
              Address

            SANTA CLARITA      CA    91390
            City                State    Zip Code

PHONE (cell)  (661) 803-4141   EMAIL: CHASE 2222@GMAIL.COM


PLAINTIFF SIGNATURE _____

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME     MESSIHA     MORCUS     WAFIK
         Last        First      Middle

HOME ADDRESS   1336   EATON   RD
               Address

               SAN DIMAS     CA     91773
               City          State  Zip Code

PHONE (cell)   626 372-5453 EMAIL: MWMESSIHA@GMAIL.COM

PLAINTIFF SIGNATURE

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  METCHIKOFF    David    D.
          Last          First   Middle

**HOME ADDRESS**  1112 ORANGE AVE
                  Address

                  HUNTINGTON BCH    CA,      92648
                  City              State    Zip Code

**PHONE (cell)**  626-391-5894    **EMAIL:**  d_merchikoff@hotmail.com

**PLAINTIFF SIGNATURE**  _____

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  MEZA , HILARION

Last    First    Middle

**HOME ADDRESS**  39436 DAPPLE CT.

Address

MURRIETA , CA  92562

City    State    Zip Code

**PHONE (cell)**  (626) 695-9324  **EMAIL:** hmeza09@hotmail.com

**PLAINTIFF SIGNATURE**

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___MILLER_____ ___DEREK_____ ___ROYCE_____
                Last               First            Middle

HOME ADDRESS ___3950  S. Schilling L8_____
                      Address

          ___Post Falls_____ ___ID___ ___83854___
                City             State        Zip Code

PHONE (cell) __208-818-0589__    EMAIL: __FIREHOUSECUSTOMZ@ATT.NET__

PLAINTIFF SIGNATURE _____

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**      _MILLER          TYLAR          TIMOTHY_
               Last             First           Middle

**HOME ADDRESS**  _23411    SUMMERFIELD    13H_
                     Address

                     _ALISO VIEJO    CA    92556_
                     City            State     Zip Code

**PHONE (cell)** _949-979-3270_    **EMAIL:** _millertylar @ gmail. com_

**PLAINTIFF SIGNATURE** _TyTa_

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   MOLINAR        ANDREW        RAFAEL
          Last            First          Middle

**HOME ADDRESS**  28320   FRESSIA DRIVE
                  Address

                  WINCHESTER        CA        92596
                  City              State     Zip Code

**PHONE (cell)**  951-234-9019   **EMAIL:** ANDREWMOLINAR@HOTMAIL.COM

**PLAINTIFF SIGNATURE**  _(signature)_

---------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  ~~D~~ MONTGOMERY DONTA T.
Last          First          Middle

**HOME ADDRESS**  4988 VAlley Ridge AVE
Address

View Park    CA    90043
City          State    Zip Code

**PHONE (cell)** (323)678-1617    **EMAIL:** DTAERA57@AOL.COM

**PLAINTIFF SIGNATURE**  Donta Monlg

--------------------------------------------------------------------------------

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   Moon           Matthew         Richard
             Last            First          Middle

**HOME ADDRESS**   5625   SunDown   Dr ,   Pobox 290836
               Address

               Phelan           Ca      92371
               City           State    Zip Code

**PHONE (cell)**   (760) 221-7688     **EMAIL:** Matthew.Moon@Lacity.org

**PLAINTIFF SIGNATURE**   _(signature)_

-------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  MOORE  DANIEL  B

Last        First        Middle

**HOME ADDRESS**  16792 EDGEWATER LANE

Address

HUNTINGTON BEACH  CA  92649

City        State    Zip Code

**PHONE (cell)**  714.614.4530  **EMAIL**  sunking999@hotmail.com

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**   MORALES       DAVID         ALFRED
           Last          First         Middle

**HOME ADDRESS**   12257   CHICORY   CT.
                   Address

           Rancho   Cucamonga   CA   91739
           City              State   Zip Code

**PHONE (cell)** (909)519-3437   **EMAIL:** ffdave105 @ GMAIL.Com

**PLAINTIFF SIGNATURE**  _____

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   MORENO        GABRIEL      RICARDO
           Last          First        Middle

**HOME ADDRESS**   6    SALTO
                   Address

                   ALISO  VIEJO     cA      92656
                   City            State   Zip Code

**PHONE (cell)**  (714) 724-5556  **EMAIL:**  Fightin2se yAHoo.com

**PLAINTIFF SIGNATURE**   Gabi moreno.

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**    MORGAN        JuSTIN        D
           Last          First         Middle

**HOME ADDRESS**    16033 TuLSA ST
                    Address

                    GRANADA HILLS    CA    91344
                    City             State  Zip Code

**PHONE (cell)**    626-255-0218    **EMAIL:** JuSTIN.D.MORGAN@LACITY.ORG

**PLAINTIFF SIGNATURE** _Justin Morgan_

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _MORGAN      Justin      Dare_
               Last         First       Middle

**HOME ADDRESS** _1710 W LINCOLN ST_
               Address

           _TULLAHOMA      TN      37388_
            City       State    Zip Code

**PHONE (cell)** _909-253-1748_ **EMAIL:** _TANGUS12@HOTMAIL.COM_

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**      MORTAZAVI         NIMA
          Last                    First                        Middle

**HOME ADDRESS**  25392    NEPTUNE    DR
          Address

          DANA    POINT        CA      92629
          City                    State        Zip Code

**PHONE (cell)** (949)422-2244    **EMAIL:** NMortaza@gmail.com

**PLAINTIFF SIGNATURE**

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  _MoTT_        _Andrew_         _Timothy_
         Last          First          Middle

**HOME ADDRESS**  _49 Del Pizzoli_
                 Address

         _Lake Elsinore    CA      92532_
         City           State    Zip Code

**PHONE (cell)**  _513-315-1594_    **EMAIL:** _4tm1424@yahoo.com_

**PLAINTIFF SIGNATURE**  _[signature]_

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**    Muller          Robert          Paul
             Last            First           Middle

**HOME ADDRESS**    320    ALABAMA    ST
                     Address

                    HUNTINGTON BEACH    CA    92648
                     City               State  Zip Code

**PHONE (cell)** 562 833 6057    **EMAIL:** Robert.pmuller@hotmail.com

**PLAINTIFF SIGNATURE**

------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**      MURPHY     TISA
              Last          First          Middle

**HOME ADDRESS**    3452 CANEHILL AV.
                    Address

              LONG BEACH   CA   90808
              City              State   Zip Code

**PHONE (cell)** 3233979172  **EMAIL:** TISA.MURPHY@LACITY.ORG

**PLAINTIFF SIGNATURE**

----------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**  MURRELL    JACOB    SCOTT

Last           First           Middle

**HOME ADDRESS**  1939  WARMLANDS  AVE

Address

VISTA          CA      92084

City           State    Zip Code

**PHONE (cell)** (858) 997-3432 **EMAIL:** jacob.murrell@lacity.org

**PLAINTIFF SIGNATURE**

----------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

NAME       _Navarro_       _Matthew_       _Perez_
          Last            First           Middle

HOME ADDRESS    _9086    Regency    Way_
               Address

               _Alta    Loma_        _CA_      _91701_
               City          State      Zip Code

PHONE (cell)   _909-210-2070_  EMAIL: _Navarro91M @ Gmail.com_

PLAINTIFF SIGNATURE  _Navarro_

-----------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _NEVAREZ_____ERIC_____
　　　　　Last　　　　　　First　　　　　　　Middle

**HOME ADDRESS** _3514　CERRITOS　AVE_____
　　　　　　　　　Address

_LONG BEACH_____CA____90807____
　　City　　　　　　　State　　　Zip Code

**PHONE (cell)** _323-717-4873_ **EMAIL:** _ERIC.NEVAREZ@LACITY.ORG_

**PLAINTIFF SIGNATURE** _____

------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**    NGO            JOHN            D.

              Last             First            Middle

**HOME ADDRESS**    12340    KELLOGG    AVE

              Address

              CHINO            CA        91710

              City             State      Zip Code

**PHONE (cell)**    909-731-9212    **EMAIL:** CYSCO1790@GMAIL.COM

**PLAINTIFF SIGNATURE** _____

---------------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  Nichols          Jabari          Hinckley
         Last            First           Middle

**HOME ADDRESS**  3320  S. Denison Ave
                 Address

        San Pedro          CA        90731
        City              State     Zip Code

**PHONE (cell)**  310 561 3684    **EMAIL:** JabariHo.Nichols @ lacity.org

**PLAINTIFF SIGNATURE** _____

------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _Nielsen      Alexander      James_
Last                First                Middle

**HOME ADDRESS** _705 W. 9th St   # 1507_
Address

_Los Angeles  CA  90015_
City              State      Zip Code

**PHONE (cell)** _9513679694_ **EMAIL:** _AJNielsen53@ yahoo_

**PLAINTIFF SIGNATURE** _[signature]_

----------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  _NORTON      JOHN        PAUL_
               Last            First           Middle

**HOME ADDRESS**  _632   ALIENTO  WAY_
                       Address

                    _CAMARILLO        CA       93012_
                    City           State      Zip Code

**PHONE (cell)**  _818-599-4515_  **EMAIL:** _john.p.norton@lacity.org_

**PLAINTIFF SIGNATURE** _[signature]_

---

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  NUÑEZ, MARIO ANTONIO
    Last            First            Middle

**HOME ADDRESS**  559 W. PUENTE ST. #1
    Address
    COVINA, CA 91722
    City    State    Zip Code

**PHONE (cell)**  (626) 345-4242  **EMAIL:** mario1nunez@yahoo.com

**PLAINTIFF SIGNATURE**

---------------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  Ocampian     Adam     Xavier
          Last          First        Middle

**HOME ADDRESS**  6846 Topeka Drive
                  Address

                  Reseda          CA       91335
                  City            State    Zip Code

**PHONE (cell)**  (323) 854-2961   **EMAIL:** adam.ocampo@lacity.org
                                            adamocampo@gmail.com

**PLAINTIFF SIGNATURE**  _[signature]_

----------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _OCHOA_ _JEFFERY_ _ALLAN_
        Last            First            Middle

**HOME ADDRESS** _15042 ETON CIRCLE_
              Address

_HUNTINGTON BEACH CA 92647_
City            State     Zip Code

**PHONE (cell)** _(562) 355-3491_    **EMAIL:** _jeff.ochoa @ gmail.com_

**PLAINTIFF SIGNATURE** _[signature]_

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**  Oeser        Michael          A
        Last          First          Middle

**HOME ADDRESS**  2041  N.  Albright  Ave
                Address

                Upland          CA      91784
                City          State      Zip Code

**PHONE (cell)**  (626) 201-6813    **EMAIL:** MrOeser921@gmail.com

**PLAINTIFF SIGNATURE**  _[signature]_

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _OROZCO_ _JESUS_
Last        First        Middle

HOME ADDRESS _14384_ _HEALY_ _LAKE_ _ST._
Address

_EASTVALE_ _CA_ _92880._
City        State        Zip Code

PHONE (cell) _(951)227-1423_ EMAIL: _Jesus.x.orozco@lacity.org._

PLAINTIFF SIGNATURE _Jesus Orozco_

---

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  Orrante          Ernest          A.
        Last            First           Middle

**HOME ADDRESS**  11278   Terra Vista Pkwy   #122
                Address

Rancho Cucamonga      CA      91730
City                  State   Zip Code

**PHONE (cell)** 909-557-4465   **EMAIL:** ~~Ernie Orrante @ Lacity.org~~ e2
                                        Orrante64@yahoo.com

**PLAINTIFF SIGNATURE** _____

----------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**    OSEGUERA    DAVID    GABRIEL
_____
Last              First              Middle

**HOME ADDRESS**    10401 MEMORY PARK AV
_____
Address

MISSION HILLS    CA    91345
_____
City                    State        Zip Code

**PHONE (cell)**    818-730-4650    **EMAIL:** FFPMOSO@YAHOO.COM

**PLAINTIFF SIGNATURE**    David Oseg

------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _Padilla_ _Jesus_ _____
     Last          First          Middle

**HOME ADDRESS** _16741 Lawnwood ST_ _____
         Address

_La Puente_ _CA_ _91744_
City          State          Zip Code

**PHONE (cell)** _310-729-8042_ **EMAIL:** _Jesus_Padilla@lacity.org_

**PLAINTIFF SIGNATURE** _____

------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**  PALLARES     IAN     MICHAEL
Last            First            Middle

**HOME ADDRESS**  937  6th  St  Apt 3.
Address

SANTA MONICA     CA     90403
City            State            Zip Code

**PHONE (cell)**  310-986-4046  **EMAIL:** IANPALLARES@GMAIL.COM

**PLAINTIFF SIGNATURE**

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   PAMBIANCO    JOSEPH    DANIEL
Last          First            Middle

**HOME ADDRESS**   128 W. KNEPP AVE.
Address

FULLERTON          CA       92872
City                State    Zip Code

**PHONE (cell)**   760-954-6497   **EMAIL:** joepambianco@icloud.com

**PLAINTIFF SIGNATURE**

---

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  PARRA        SERGIO
_____
Last            First              Middle

**HOME ADDRESS**  1038 S. HILLBORN AVE
_____
Address

WEST COVINA       CA    91791
_____
City               State      Zip Code

**PHONE (cell)** (626)475-8310   **EMAIL:** serg.p322@yahoo.com

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _PATTON_    _ZACHARY_    _JAMES_
            Last           First          Middle

**HOME ADDRESS** _17995 SWEET BAY LN_
               Address

_SAN BERNARDINO_    _CA_    _92407_
    City          State        Zip Code

**PHONE (cell)** ( _909_ ) _720 - 4958_    **EMAIL:** _zpatton@live.com_

**PLAINTIFF SIGNATURE** _[signature]_

------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
### – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _PAULS_ _DAVID_ _MICHAEL_
Last          First          Middle

**HOME ADDRESS** _442 GLADSTONE DR._
Address

_THOUSAND OAKS_    _CA_    _91360_
City          State      Zip Code

**PHONE (cell)** _760-685-5433_ **EMAIL:** _DAVID. M. PAULS @ LACITY. ORG_

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**    PAZ            JOSE            Domingo
            Last            First            Middle

**HOME ADDRESS**    5579    wolf Village Dr
                    Address

            Colorado Springs        CO        80924
            City                    State       Zip Code

**PHONE (cell)**    (909) 644-7185    **EMAIL:** Jose. Paz @ LACITY. ORG

**PLAINTIFF SIGNATURE**

------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**  Pearson          Blake              William
          Last            First              Middle

**HOME ADDRESS**  28391 Via Anzar
                  Address

          San Juan Capistrano     CA       92675
          City                   State     Zip Code

**PHONE (cell)**  949-401-8829      **EMAIL:** BlakePearson222@gmail.com

**PLAINTIFF SIGNATURE**  _____

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  PELLEGRINI          MICHAEL          Louis
Last                      First                      Middle

**HOME ADDRESS**  1886    CHRISTINE    AVE
Address

SIMI   VALLEY              CA          93063
City                      State        Zip Code

**PHONE (cell)** (818) 404-384C  **EMAIL:** MICHAEL.PELLEGRINI@LACITY.ORG

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
### – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME** _Perelli-Minetti      Joshua      Matthew_

                    Last                  First              Middle

**HOME ADDRESS** _12602   Deer   Ridge   Trl_

                    Address

             _Nampa            ID        83686_

             City            State      Zip Code

**PHONE (cell)** _208-515-6256_   **EMAIL**: _joshuapm@hotmail.com_

**PLAINTIFF SIGNATURE** _____

-----------------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _PEREZ_____ _Eduardo_____
Last                First                Middle

**HOME ADDRESS** _711    MARYLEE    LN._____
Address
_WALNUT_____ _CA.___ _91789___
City                State        Zip Code

**PHONE (cell)** _323-240-7474_ **EMAIL:** _fireslayer911@gmail.com_

**PLAINTIFF SIGNATURE** _(signature)_____

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _PEREZ         JOSE         LUIG_
Last          First          Middle

**HOME ADDRESS** _459 CRESTWOOD LN_
Address

_WALNUT          CA          91789_
City          State          Zip Code

**PHONE (cell)** _909 289 7936_ **EMAIL:** _MANGERA911 @ GMAIL.COM_

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  PETERMAN          LUKE          DANIEL
          Last              First         Middle

**HOME ADDRESS**  27022 VIA GRANDE
                  Address

                  MISSION VIEJO        CA        92691
                  City                 State     Zip Code

**PHONE (cell)** (949) 202-8668    **EMAIL:** LUKEPETE30@YAHOO.COM

**PLAINTIFF SIGNATURE**

------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME    _PIDO_____  _TIMOTHY_____  _BENJAMIN_____
        Last            First              Middle

HOME ADDRESS  _920 WATERBURY LN_____
              Address

        _VENTURA_____  _CA___  _93001_____
        City            State   Zip Code

PHONE (cell)  _805-620-8417___  EMAIL:  _TPIDO1989@HOTMAIL.COM___

PLAINTIFF SIGNATURE  _____

------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**    PIKE        SCOTT        EDWARD
            Last        First        Middle

**HOME ADDRESS**   1668   E. CHESTNUT   BLVD.
                   Address

                   LAKE HAVASU CITY    AZ       86404
                   City               State    Zip Code

**PHONE (cell)**   805 587-2206   **EMAIL:**   pikejourney44@Gmail.com

**PLAINTIFF SIGNATURE**   _Scott Pit_

--------------------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME** _Pitillo_____Angelo_____V_____
            Last                First                Middle

**HOME ADDRESS** _23508___Canzonet__St._____
                       Address

                 _Woodland Hills___CA____91367_____
                 City                State      Zip Code

**PHONE (cell)** _818-825-8472_ **EMAIL:** _apitillo@ymail.com_

**PLAINTIFF SIGNATURE** _(signature)_

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
### – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _Pitillo_ _James_ _Angelo_
Last        First        Middle

**HOME ADDRESS** _30409 PENROD DR_
Address

_AGOURA HILLS CA 91301_
City        State    Zip Code

**PHONE (cell)** _(818) 523-4704_ **EMAIL:** _JimmyPitillo@yahoo.com_

**PLAINTIFF SIGNATURE** _[signature]_

------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _Poleshchuk        Lev_
        Last                First                Middle

**HOME ADDRESS** _16792    Talisman    ln #207_
        Address

_Huntington    Beach    CA    92649_
        City                State        Zip Code

**PHONE (cell)** _(714) 658-2548_    **EMAIL:** _lpoleshuk1@ email. com_

**PLAINTIFF SIGNATURE** _[signature]_

---------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _Polgar_ _Christopher_ _Joseph_
       Last       First       Middle

**HOME ADDRESS** _2116 Mission St. Unit A_
              Address

_Tehachapi_ _CA_ _93561_
City       State   Zip Code

**PHONE (cell)** _(661) 433-4570_ **EMAIL:** _christopher.polgar@lacity.org_

**PLAINTIFF SIGNATURE** _[signature]_

---------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  POTTER      GARRET      FREEMAN
Last          First          Middle

**HOME ADDRESS**  26563 MEADOW RD
Address

MENIFEE        CA        92584
City          State       Zip Code

**PHONE (cell)**  (949)230-3008  **EMAIL:** GFPOTTER8@GMAIL.COM

**PLAINTIFF SIGNATURE**  _Garret Potter_

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  PRICHARD  Coleman  H
Last  First  Middle

**HOME ADDRESS**  29953  White Wake Dr
Address

CANYON LAKE  CA  92587
City  State  Zip Code

**PHONE (cell)** 951-743-7407  **EMAIL:** Colefirehunter@gmail.com

**PLAINTIFF SIGNATURE** _____

---------------------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  _Prince_  _Alexander_  _Nelson_
Last          First          Middle

**HOME ADDRESS**  _9301  Donna  Ave_
Address

_Northridge_  _CA_  _91324_
City          State    Zip Code

**PHONE (cell)** _818-429-9204_  **EMAIL:** _Alexander. N. Prince @ lacity. org_

**PLAINTIFF SIGNATURE** _____

---

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  Pugliese Michael       Jude
Last        First        Middle

**HOME ADDRESS**  4129 ADISHIGN WAY
Address

Corona        CA        92883
City        State        Zip Code

**PHONE (cell)** (310) 985-8805 **EMAIL:** MED5346@ME.COM

**PLAINTIFF SIGNATURE**

-------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _PUGMIRE      TYLER      MICHAEL_
      Last          First          Middle

**HOME ADDRESS** _3879 SYRACUSE AVE_
      Address

_ACTON      CA      93510_
City      State      Zip Code

**PHONE (cell)** _661-644-2826_    **EMAIL:** _tpugmire1604@gmail.com_

**PLAINTIFF SIGNATURE** _[signature]_

-------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME   <u>QUALLEY          CHADWICK        JOEL</u>
          Last                 First            Middle

HOME ADDRESS   <u>3999  OBSIDIAN RD</u>
                   Address

                 <u>SAN BERNARDINO     CA      92407</u>
                 City             State    Zip Code

PHONE (cell)   <u>909 560-4698</u>   EMAIL:  <u>CHADWICK.QUALLEY@LACITY.ORG</u>

PLAINTIFF SIGNATURE

-------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  _Quick_           _Bryan_           _S._
          Last              First             Middle

**HOME ADDRESS**  _1751 Waldorf Dr_
                  Address

        _Corona_               _CA_        _92882_
        City                   State       Zip Code

**PHONE (cell)**  _951-847-1466_  **EMAIL:** _bryanquick11@ymno.com_
                                            _bryan.quick@lacity.org_

**PLAINTIFF SIGNATURE** _[signature]_

---------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**      QUIGLEY          RYAN            PATRICK
                Last               First            Middle

**HOME ADDRESS**   6000 AFTON COURT
                    Address

                    THOMPSONS STATION, TN      37179
                    City               State     Zip Code

**PHONE (cell)**   615-972-2405   **EMAIL:** lafdquig@gmail.com

**PLAINTIFF SIGNATURE**   *Ryan Quigley*

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME** _Quinlan      Christopher      Michael_
      Last            First            Middle

**HOME ADDRESS** _11169 Chadsey Dr_
      Address

_Whittier        CA        90604_
      City        State      Zip Code

**PHONE (cell)** _714-376-5269_ **EMAIL:** _Cquinlan01@yahoo.com_

**PLAINTIFF SIGNATURE** _Christopher Quinlan_

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   RANKIN        BRIAN        ANDREW
_____   Last          First        Middle

**HOME ADDRESS**   37723   SEDONA   CIRCLE
_____   Address

MURRIETA        CA        92563
_____   City          State      Zip Code

**PHONE (cell)**   (310) 922-7026   **EMAIL:** BRIANARANKIN@GMAIL.COM

**PLAINTIFF SIGNATURE** _____

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   RAPOZA        MATTHEW        PAUL
           Last           First         Middle

**HOME ADDRESS**   27869   Eucalyptus   St
           Address

           Murrieta        CA        92563
           City        State    Zip Code

**PHONE (cell)** 951 295 1011   **EMAIL:** Rapoza@Gmail.com

**PLAINTIFF SIGNATURE** _Matthew Rapoza_

---------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME    RAPPAPORT      TAYLOR        ADAM
        Last            First          Middle

HOME ADDRESS   24249  VERDUGO  CIRCLE
                Address

        VALENCIA          CA        91354
        City             State      Zip Code

PHONE (cell)  951-385-8505    EMAIL:  tayrappaport@gmail.com

PLAINTIFF SIGNATURE _____

------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME    Rehkopf    Jason    Michael
        Last        First        Middle

HOME ADDRESS    1110 town and Country
        Address

        Orange    CA    92868
        City        State        Zip Code

PHONE (cell)    858 414-9040    EMAIL: RehkopfJason@yahoo.com

PLAINTIFF SIGNATURE

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**        RENNIE        JEREMY        JOHN
            Last          First          Middle

**HOME ADDRESS**    825   JOSE   DR.
            Address

            OJAI         CA        93023
            City          State      Zip Code

**PHONE (cell)**   (805) 340-4785 **EMAIL:** jeremy.j.rennie@lacity.org

**PLAINTIFF SIGNATURE**

---------------------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  REYES          Chad          Joseph
          Last            First          Middle

**HOME ADDRESS**  1764 Shannon Ave.
                  Address

          Ventura            cA        93004
          City               State     Zip Code

**PHONE (cell)** (805) 954-1096    **EMAIL:** reyechad@isu.edu

**PLAINTIFF SIGNATURE** _(signature)_

----------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _REYES            ERICK_

Last            First            Middle

**HOME ADDRESS** _18128   Cyan   Way_

Address

_Santa  Clarita    CA       91350_

City            State        Zip Code

**PHONE (cell)** _(323) 365-7194_ **EMAIL:** _erickreyesjr@gmail.com_

**PLAINTIFF SIGNATURE** _[signature]_

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   REYNOLDS   ZACH   M

Last        First        Middle

**HOME ADDRESS**   6554 CANE DEL NORTE

Address

ANAHEIM   CA   92807

City        State   Zip Code

**PHONE (cell)**   619-228-5466   **EMAIL:** ZMREYNOLDS@GMAIL.COM

**PLAINTIFF SIGNATURE**  _____

-----------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _Richard        Louis        D_
         Last              First              Middle

**HOME ADDRESS** _525 W. 121ST ST_
                 Address

_Los Angeles    CA        90044_
City                State      Zip Code

**PHONE (cell)** _(323) 470-5909_ **EMAIL:** _ballphiballe@yahoo.com_

**PLAINTIFF SIGNATURE** _Louis Richard_

--------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
### – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**  Rivera          Javier          Anibal
         Last            First           Middle

**HOME ADDRESS**  28316   Royal R
                  Address

                  Castaic          Ca       91384
                  City             State    Zip Code

**PHONE (cell)**  (818) 371-3013    **EMAIL:** Javier.anibal.rivera @ gmail, com

**PLAINTIFF SIGNATURE**

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  RIVERA        RANDY        A
         Last          First        Middle

**HOME ADDRESS**  23062  MAGNOLIA GLEN DR.
                  Address

SANTA CLARITA      CA       91354
City               State    Zip Code

**PHONE (cell)**  818-428-8249   **EMAIL:** randyxrivera@gmail.com

**PLAINTIFF SIGNATURE**  _____

-------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  ROBLES      JOE       R       JR
        Last          First         Middle

**HOME ADDRESS**  2385    WEYLAND    CT.
        Address

        SIMI    VALLEY    CA    93065
        City           State    Zip Code

**PHONE (cell)**  818  621- 3068   **EMAIL:** BEAN4228 @ HotMAIL.com

**PLAINTIFF SIGNATURE**  *Joe R Rolles*

---------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   Rocha          Rudy          Allan
           Last           First         Middle

**HOME ADDRESS**   4192 Apricot Rd
                   Address

                   Simi Valley          Ca          93063
                   City                 State       Zip Code

**PHONE (cell)**   818-618-7353    **EMAIL:** rudyallanrocha @ gmail.com

**PLAINTIFF SIGNATURE**

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**  RODRIGUEZ   DAVID   Paul

Last         First         Middle

**HOME ADDRESS**  540 N Broadmoor

Address

West Covina CA 91790

City         State         Zip Code

**PHONE (cell)** (626) 523-3346  **EMAIL:** davidgrappler @ yahoo.com
david.Rodriguez @ lacity.org

**PLAINTIFF SIGNATURE**  David Ford

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  Rodriguez        Dennis        Ryan
        Last            First          Middle

**HOME ADDRESS**  2726  Cardinal Dr.
        Address

        Costa Mesa        CA        92626
        City            State       Zip Code

**PHONE (cell)**  714-655-9013    **EMAIL:** denrod90@gmail.com

**PLAINTIFF SIGNATURE**  _[signature]_

-------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _Rodriguez     Jeffery     Jason_
          Last            First          Middle

**HOME ADDRESS** _3909  Bordeaux  Ct._
               Address

_Flower Mound , Texas     75022_
City            State    Zip Code

**PHONE (cell)** _(714) 469-1410_ **EMAIL:** _Lacityfuego @ yahoo.com_

**PLAINTIFF SIGNATURE** _[signature]_

------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _Rodriguez_ _Raymond_ _Joseph_
         Last              First              Middle

HOME ADDRESS _22655 Ashford Cir_
                        Address

_Moreno Valley_          _CA_    _92557_
City                              State    Zip Code

PHONE (cell) _951-400-1761_    EMAIL: _rayad11@gmail.com_

PLAINTIFF SIGNATURE _[signature]_

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _Rodriguez     Tom        E_
         Last          First        Middle

HOME ADDRESS _18672     Sycamore Circle_
                    Address

_Yorba Linda    Ca.    92886_
City            State    Zip Code

PHONE (cell) _562 260 1346_    EMAIL: _TRodFS44 at Yahoo. Com_

PLAINTIFF SIGNATURE _____

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**      Romo                Michael            Anthony
              Last                First              Middle

**HOME ADDRESS**   3402    Vandermolen    Drive
                   Address

                   Norco                  CA          92860
                   City                   State       Zip Code

**PHONE (cell)**   949-308-5754    **EMAIL:** Mromo421@gmail.com

**PLAINTIFF SIGNATURE** _Michael Romo_

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _Rupright_____ _Don_____ _Landon_____
        Last                First           Middle

**HOME ADDRESS** _4673 Appaloosa St_____
               Address

_Chino_____ _CA_____ _91710____
City                        State       Zip Code

**PHONE (cell)** _909-519-8053_____   **EMAIL:** _LRupright@me.com_____

**PLAINTIFF SIGNATURE** _____

---

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   Rowe   James   M
Last            First            Middle

**HOME ADDRESS**   3902 Howard Ave
Address

Los Alamitos      CA      90720
City            State       Zip Code

**PHONE (cell)**   310 780 5537   **EMAIL:** James Rowe75@gmail.com

**PLAINTIFF SIGNATURE** _(signature)_

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  RUBIO          ROGER
         Last            First              Middle

**HOME ADDRESS**  4613  SW  25TH  CT
                  Address

CAPE CORAL  FL  33914
City              State    Zip Code

**PHONE (cell)** 951-283-6823  **EMAIL:** crteam2002@yahoo.com

**PLAINTIFF SIGNATURE**

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  _RUSSO_        _ADAM_        _MICHAEL_
  Last                First                Middle

**HOME ADDRESS**  _330  S  MENTOR  AVE  UNIT  III_
                    Address

  _PASADENA_                _CA_        _91106_
  City                          State          Zip Code

**PHONE (cell)**  _661·803·8621_    **EMAIL:**  _ADAM·M·RUSSO @ LACITY·ORG_

**PLAINTIFF SIGNATURE**  _____

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _SAFFO_   _SHANNON_   _Keith_
        Last        First        Middle

**HOME ADDRESS** _16164   Kramenita Ave_
              Address

_Riverside_        _CA_      _92504_
City              State     Zip Code

**PHONE (cell)** _21359 8 3397_   **EMAIL:** _biggam 48 @ Yahoo. Com_

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
### – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   SAFRAN     Michael     Robert
　　　　　　Last　　　　　　First　　　　　　Middle

**HOME ADDRESS**   136   HASTINGS   Ave
　　　　　　　　　Address

　　　　　　　　Ventura          CA      93003
　　　　　　　　City　　　　　　State　　　Zip Code

**PHONE (cell)**   805 794 4864  **EMAIL:** msafran26@gmail.com

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**  _SALAZAR_        _ADALBERTO_
            Last              First            Middle

**HOME ADDRESS** _3291 AUSTIN AVE_
                  Address

           _SIMI VALLEY_        _CA_        _93003_
              City              State      Zip Code

**PHONE (cell)** _(818)518-6298_   **EMAIL:** _Adalsalazar@gmail.com_

**PLAINTIFF SIGNATURE** _[signature]_

-------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   Sanchez    Sergio    G
               Last         First        Middle

**HOME ADDRESS**   17366 Blue Aspen Ln
               Address

               Canyon Country    CA    91387
               City        State    Zip Code

**PHONE (cell)**   818-378-7103    **EMAIL:** sergiosanchez077@yahoo.com

**PLAINTIFF SIGNATURE** _____

-------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
### – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   _SANDIFORD      JEREMY      MIICO_
          Last              First              Middle

**HOME ADDRESS**   _1419  Ellsmere Ave_
                   Address

          _Los Angeles          Ca          90019_
          City                 State        Zip Code

**PHONE (cell)**  _(213) 705-1442_ **EMAIL:** _JAYSANDIFORD@GMAIL.com_

**PLAINTIFF SIGNATURE** _[signature]_

--------------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**    Sandor        Charles        Edward
            Last          First          Middle

**HOME ADDRESS**    2043    Marter Ave
                    Address

            Simi Valley        CA        93065
            City               State     Zip Code

**PHONE (cell)**    (805)279-6148    **EMAIL:** Charles.sandor@lacity.org

**PLAINTIFF SIGNATURE**

------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _Sandoval, Michael   Rene_
       Last          First          Middle

**HOME ADDRESS** _1153 w. 20th Street_
                Address

_San Pedro      CA   90731_
City          State    Zip Code

**PHONE (cell)** _310-780-8192_ **EMAIL:** _Michael.R.Sandoval@LACity.org_

**PLAINTIFF SIGNATURE** _____

---------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**      Schmitz _____ Jason _____ Daniel _____
              Last                First                Middle

**HOME ADDRESS**   854 w Great Basin Dr _____
                   Address

                   Meridian _____ ID _____ 83646 _____
                   City                  State          Zip Code

**PHONE (cell)**  (951) 259-5226    **EMAIL:** Jason.Schmitz@Gmail.com

**PLAINTIFF SIGNATURE** _____

----------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _Schori     Paul     Damion_

Last    First    Middle

**HOME ADDRESS** _14921   LEADWELL   ST_

Address

_VAN NUYS   CA   91405_

City    State  Zip Code

**PHONE (cell)** _818-606-1637_ **EMAIL:** _FIREZOOK 11 @ Aol.Com_

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  SCULLY      JONATHAN       RYAN
Last                First                    Middle

**HOME ADDRESS**  2514 ALVORD LN
Address

REDONDO BCH.     CA      90278
City                      State       Zip Code

**PHONE (cell)** (310)490-2240  **EMAIL:** SCULLY.JON@GMAIL.COM

**PLAINTIFF SIGNATURE**

------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  SEERS    MICHAEL    JOHN

Last          First          Middle

**HOME ADDRESS**  19609   TALISMAN   ST

Address

TORRANCE      CA      90503

City          State    Zip Code

**PHONE (cell)**  (310)938-1104    **EMAIL:** michael.seers@lacity.org

**PLAINTIFF SIGNATURE**

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**  Shelton    Jason    Lee
_____
Last          First          Middle

**HOME ADDRESS**  3273  Ivy  Court
_____
Address

Lake  Elsinore  CA  92530
_____
City              State      Zip Code

**PHONE (cell)**  619 917 3236  **EMAIL:** Jason.Shelton@outlook.com

**PLAINTIFF SIGNATURE**

-----------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  SHIBUYA          JON          KOICHI
         Last             First        Middle

**HOME ADDRESS**  20427    FLINTGATE    DR
                  Address

                  WALNUT          CA          91789
                  City            State       Zip Code

**PHONE (cell)** (626) 274-1947   **EMAIL:** JMEDIC 99 @ YAHOO.COM

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   SHUBSDA        CRAIG          THADDEUS
            Last            First           Middle

**HOME ADDRESS**  27606  Sweetbrier LN
                   Address

            Mison Viejo        CA        92691
            City               State      Zip Code

**PHONE (cell)** (949) 230 - 8792  **EMAIL:** CShubsda@gmall.com

**PLAINTIFF SIGNATURE**

---------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME** _Simon_____ Brian_____ L_____

            Last                First             Middle

**HOME ADDRESS** _6518 Franrivens Ave_____

            Address

_West Hills CA 91307_____

      City            State        Zip Code

**PHONE (cell)** _805-340-1122_ **EMAIL:** _DGOFWINTER@AOL.com_

**PLAINTIFF SIGNATURE** _____

---------------------------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  SINGELAKIS        JULIAN
Last                    First                        Middle

**HOME ADDRESS**  1832    2ND    ST.
Address
DUARTE        CA        91010
City                    State        Zip Code

**PHONE (cell)** 626 2244694    **EMAIL:** JULIANSLAKIS@gmail.com

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** SMITH           AUSTIN          MATTHEW
Last            First            Middle

**HOME ADDRESS** 2729 CARDINAL DR
Address

COSTA MESSA    CA    92626
City            State    Zip Code

**PHONE (cell)** (949) 842-0412 **EMAIL:** AUSTIN.SMITH@lacity.org

**PLAINTIFF SIGNATURE**

---------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**    SMITH     BRANDON     EUGENE
          Last            First          Middle

**HOME ADDRESS**   19183    CARRANZA    LN
          Address

         SAUGUS     CA.     91350
         City          State       Zip Code

**PHONE (cell)**   818-201-6141   **EMAIL:** ffmediq.bs7@gmail.com

**PLAINTIFF SIGNATURE** _____

---------------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**    SMITH      DANIEL      JAMES
             Last           First         Middle

**HOME ADDRESS**    6078 KIDMAN LANE
                      Address

                     SPRING HILL      TN      37174
                     City          State      Zip Code

**PHONE (cell)**    (818) 389-3297    **EMAIL:** DSMITH2489@GMAIL.COM

**PLAINTIFF SIGNATURE** _(signature)_

--------------------------------------------------------------------------------
**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   SMITH        JEFFREY        MICHAEL
           Last          First          Middle

**HOME ADDRESS**   2419   HARBOR   BLVD
                   Address

VENTURA        CA        93001
City           State     Zip Code

**PHONE (cell)** 626-246-5277    **EMAIL:** JEFFSMITH00@SBCGLOBAL.NET

**PLAINTIFF SIGNATURE**  _(signature)_

------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  _Speakman_  _Benjamin_  _Allan_
       Last       First       Middle

**HOME ADDRESS**  _3867  Winona  Ct._
                Address

_Denver_  _CO_  _80212_
City       State   Zip Code

**PHONE (cell)**  _(303) 585-1039_  **EMAIL:** _sthilMS660 @ gmail.com_

**PLAINTIFF SIGNATURE**  _B Sph_

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___SPENCE___ ___MATTHEW___ ___DUNCAN___
         Last          First          Middle

HOME ADDRESS ___1600    CARVER St.___
                    Address

         ___REDONDO BEACH    CA    90278___
         City            State    Zip Code

PHONE (cell) ___310/895.0054___ EMAIL: ___MATTYDSPENCE @ GMAIL.COM___

PLAINTIFF SIGNATURE ___[signature]___

* WAS ADVISED THAT THE DEADLINE WAS EXTENDED.

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME   SPENCER         WILLIE           JOHN
      Last                First                Middle

HOME ADDRESS   13836 BORA BORA WAY #210
      Address

MARINA DEL REY   CA   90292
City                                State        Zip Code

PHONE (cell)   (310) 943-3597   EMAIL: WILLIE.SPENCER@LACITY.ORG

PLAINTIFF SIGNATURE   _Willie Spencer_

------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___SPRINGER___ , ___SETH MATSAN___
       Last         First        Middle

HOME ADDRESS ___507 KALINDA PLACE___
       Address

___THOUSAND OAKS   CA   91320___
    City        State    Zip Code

PHONE (cell) ___805-732-9462___ EMAIL: ___SethSpringer@gmail.com___

PLAINTIFF SIGNATURE ___[signature]___

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**  STANTON        NATHAN        SHAWN
        Last           First         Middle

**HOME ADDRESS**  2118 W. VALENCIA DR.
         Address

         FULLERTON      CA      92833
         City          State      Zip Code

**PHONE (cell)**  (949) 246-8584    **EMAIL:** NSSTANTON @ GMAIL.COM

**PLAINTIFF SIGNATURE** _Nate Stanton_

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  _STEPAN_  _TREVOR_  _JAMES_
Last             First             Middle

**HOME ADDRESS**  _964 E. 5TH ST #4_
Address

_LONG BEACH    CA    90802_
City             State       Zip Code

**PHONE (cell)** _512-484-1128_ **EMAIL:** _trevorstepan@gmail.com_

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   _Stephens_   _Eric_   _A_
　　　　　Last　　　　　First　　　　　Middle

**HOME ADDRESS**   _719 E. Herring Ave._
　　　　　　　　　Address

　　　　　　　　　_West Covina   CA   91790_
　　　　　　　　　City　　　　　State　　　Zip Code

**PHONE (cell)** _(626) 252-3969_ **EMAIL:** _Eric.A.Stephens @LACity.org_

**PLAINTIFF SIGNATURE** _Eric Stephens_

------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   STERN   STEVEN
         Last         First         Middle

**HOME ADDRESS**  10357 Calvin Ave
                Address

                Los Angeles   CA   90025
                City        State   Zip Code

**PHONE (cell)** (310) 980-9191   **EMAIL:** Stevestern01@gmail.com

**PLAINTIFF SIGNATURE**

----------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  Stevenson Mark Evan
Last          First          Middle

**HOME ADDRESS**  2078 Socrates Avenue
Address

Simi Valley CA 93064
City          State          Zip Code

**PHONE (cell)**  310-866-3266   **EMAIL:** Mes90265@gmail.com

**PLAINTIFF SIGNATURE**

-----------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  STILES , EDWIN   F.

Last            First              Middle

**HOME ADDRESS**  1816 W. 43RD ST

Address

Loc ANGELES , Ca   90062

City            State      Zip Code

**PHONE (cell)**  323- 470-9235  **EMAIL:** edwinfstiles@gmail.com

**PLAINTIFF SIGNATURE**  Edwin Sti

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   STUDENKA    Craig    Ryan
           Last         First         Middle

**HOME ADDRESS**   40054 Portsmouth RD
                Address

                Temecula      CA      92591
                City          State      Zip Code

**PHONE (cell)** (760) 755-3331    **EMAIL:** CStudenka@hotmail.com

**PLAINTIFF SIGNATURE** C.S.

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _SZALONEK          KEITH          WILLIAM_
        Last            First           Middle

**HOME ADDRESS** _1354   CREST   ST_
        Address

        _OCEANO          CA          93445_
        City         State      Zip Code

**PHONE (cell)** _909-912-5776_   **EMAIL:** _KEITH.SZALONEK@LACITY.ORG_

**PLAINTIFF SIGNATURE** _[signature]_

---------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**      TADEO    HUGO

                  Last              First                Middle

**HOME ADDRESS**   5245  Denali  Ct

                   Address

                   Fontana      CA     92336

                   City             State      Zip Code

**PHONE (cell)**  (909)329-9287  **EMAIL:**  hugo.tadeo@lacity.org

**PLAINTIFF SIGNATURE**

------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME      _TALLEY_     _ANDREW_      _GERALD_
               Last             First            Middle

HOME ADDRESS    ~~6824~~ 5329 E. LANAI STREET
                     Address

                    LONG BEACH       CA       90808
                    City                State      Zip Code

PHONE (cell)    (562) 522-5105    EMAIL: _andrewtalley1999@yahoo.com_

PLAINTIFF SIGNATURE    _[signature]_

------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  *TAMRAZIAN     PATRICK     S*
           Last                First                Middle

**HOME ADDRESS**  *3579 CLAYBOURNE CT.*
                   Address

*NEWBURY PARK   CA   91325*
City                        State        Zip Code

**PHONE (cell)** *(818)825-8096*  **EMAIL:** *PATRICK.S.TAMRAZIAN@LACITY.ORG*

**PLAINTIFF SIGNATURE** *[signature]*

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**    TARGONI        MARIO        V.
                Last                First                Middle

**HOME ADDRESS**    130 S. SEAWARD AVE
                                Address

                VENTURA                    CA        93003
                City                            State        Zip Code

**PHONE (cell)** (805) 259-5960    **EMAIL:** MARIOTARGONI@GMAIL.COM

**PLAINTIFF SIGNATURE**

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   _TAYLOR_     _JUSTIN_
             Last           First         Middle

**HOME ADDRESS**   _99 WATERLEAF_
                      Address

                  _IRVINE_      _CA_    _92620_
                  City         State    Zip Code

**PHONE (cell)**   _(702) 419-8445_   **EMAIL:**   _JTAYLOR1909@UMAIL.COM_

**PLAINTIFF SIGNATURE** _____

------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
### – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _TELLEZ     EDUARDO_
Last             First             Middle

**HOME ADDRESS** _3848 LOS FELIZ BL. APT #14_
Address

_LOS ANGELES Ca. 90027_
City             State     Zip Code

**PHONE (cell)** _323 481-5519_ **EMAIL:** _EDUARDO.TELLEZ@LACITY.ORG_

**PLAINTIFF SIGNATURE** _[signature]_

---------------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**    TEMPLE          ANTHONY        R

Last          First          Middle

**HOME ADDRESS**    22726   MARTHA ST

Address

WOODLAND  HILLS  CA  91367

City          State    Zip Code

**PHONE (cell)**  818 416 0081    **EMAIL:** anthony.temple@lacity.org

**PLAINTIFF SIGNATURE**

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**　　THEK　　　Mark　　　Ryan
　　　　　　Last　　　　　First　　　　Middle

**HOME ADDRESS**　7055　Vista De la Vina
　　　　　　　　　Address

　　　　　　Templeton　　　CA　　　93465
　　　　　　City　　　　　　State　　　Zip Code

**PHONE (cell)**　(310)614-3197　EMAIL: mthek 77@gmail.com

**PLAINTIFF SIGNATURE**　_Mark Thek_

-------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _Thiebold       Brian         Ray_
Last                    First                  Middle

**HOME ADDRESS** _606  Charles  St_
Address

_Moorpark       CA       93021_
City                        State        Zip Code

**PHONE (cell)** _310-600 2581_ **EMAIL:** _BThiebold@Gmail.com_

**PLAINTIFF SIGNATURE** _[signature]_

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   Tiburão      Eddie      E
           Last         First      Middle

**HOME ADDRESS**  1451   W.  69th  St
                  Address

                  Los   Angeles   C.A.   90047
                  City            State  Zip Code

**PHONE (cell)**  323-423-9426  **EMAIL:** edd.e.tiburao@yahoo.com

**PLAINTIFF SIGNATURE**  _____

---------------------------------------------------------------------------------------

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  TIENGERD , KONGRIT
　　　　　Last　　　　　　　First　　　　　　　Middle

**HOME ADDRESS**  1232 MISSION VERDE DR
　　　　　Address

　　　　CAMARILLO　　　　　CA　　　93012
　　　　City　　　　　　　State　　　Zip Code

**PHONE (cell)** (818) 294-0515　**EMAIL:** KONGRIT.TIENGERD@LACITY-ORG

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _TIUMALU_____ _FALO_____ _III_____
             Last              First             Middle

**HOME ADDRESS** _812   EASTMAN   PLACE_____
                       Address

                      _SAN PEDRO_____ _CA___ _90731_____
                      City            State      Zip Code

**PHONE (cell)** _(310) 9302836_ **EMAIL:** _FTFIRE36@GMAIL.COM_

**PLAINTIFF SIGNATURE** _Falo Ji____III____

------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

NAME     Topinio      Rhonie      Fernando
            Last             First             Middle

HOME ADDRESS    11050 Foxcroft Dr.
                 Address

                 Whittier        CA       90604
                 City             State      Zip Code

PHONE (cell)    (562) 652-4994   EMAIL: Rhonie.F.Topinio@LAcity.org

PLAINTIFF SIGNATURE

----------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  _Torres_        _Adrian_          _Louis_
          Last              First            Middle

**HOME ADDRESS**  _390   Calle   Portilla_
          Address

                  _Camarillo_          _CA_       _93010_
                  City             State        Zip Code

**PHONE (cell)** _626-244-5290_   **EMAIL:** _Adrian.Torres@LAcity.org_

**PLAINTIFF SIGNATURE** _[signature]_

------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**    TRAN      PHIL
            Last          First          Middle

**HOME ADDRESS**  8880   EMPEROR  AV
                Address

                SAN  GABRIEL   CA    91775
                City             State    Zip Code

**PHONE (cell)**  626-278-8073  **EMAIL:**  PHIL.X.TRAN@LACITY.ORG

**PLAINTIFF SIGNATURE** _____

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   Trinidad, Douglas (NONE)
Last          First          Middle

**HOME ADDRESS**   780 Hales Chapel Rd.
Address

Gray, TN 37615
City          State          Zip Code

**PHONE (cell)** ( 805 ) 830-3883 **EMAIL:** dougtrinidad@gmail.com

**PLAINTIFF SIGNATURE**

-------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _Trtryan_ _____ _Manvel_ _____

                Last                  First               Middle

**HOME ADDRESS** _15449 Septo St_

                Address

                _Mission Hills_     _CA_     _91345_

                City               State       Zip Code

**PHONE (cell)** _(818) 939-8653_     **EMAIL:** _____

**PLAINTIFF SIGNATURE** _____

---------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  TUBBS     ANTHONY     LEONARD
            Last        First         Middle

**HOME ADDRESS**  2420 N. MYERS ST
                    Address

        BURBANK              CA        91504
        City                 State     Zip Code

**PHONE (cell)** 818-914-1143    **EMAIL:** TTUBBS716@GMAIL.COM

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   *Tull*          *Clint*          *Ryan*
        Last               First             Middle

**HOME ADDRESS**   *20056   Oakside Court*
        Address

        *Santa Clarita    Ca    91390*
        City            State       Zip Code

**PHONE (cell)**   *(661) 219-1445*   **EMAIL:**  *ClintTull @ Yahoo.Com*

**PLAINTIFF SIGNATURE**   *Clint Tull*

------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
### – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  VALDEJ     Daniel     AnThNY
          Last        First       Middle

**HOME ADDRESS**  _____
                  Address

                  _____
                  City                State    Zip Code

**PHONE (cell)** _____ **EMAIL:** _____

**PLAINTIFF SIGNATURE**

---

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** VANDERGEEST, MACKENZIE    J.
Last                First                Middle

**HOME ADDRESS** 4765 Dartmoor Ct.
Address

Moorpark,    CA · 93021
City                State        Zip Code

**PHONE (cell)** (905)550-0214 **EMAIL:** catch2fire@att.net

**PLAINTIFF SIGNATURE**

---

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  _VAN GERPEN_  _IAN_  _C_
  Last   First   Middle

**HOME ADDRESS**  _42076  AVENIDA  SONOMA_
  Address

  _TEMECULA_   _CA_   _92591_
  City   State   Zip Code

**PHONE (cell)**  _714-916-1141_   **EMAIL:**  _gerp80@gmail.com_

**PLAINTIFF SIGNATURE**  _[signature]_

------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
### – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**    VANHOOSER      SAMANTHA      RALSTON
              Last            First           Middle

**HOME ADDRESS**    30435 WINCHESTER ROAD
                      Address

                      CASTAIC          CA       91384
                      City            State      Zip Code

**PHONE (cell)**    661-312-0990    **EMAIL:** SAMANTHA.RALSTON@UTILITY.ORG

**PLAINTIFF SIGNATURE**

-------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _VARGAS_ _Jonathan_ _D_
Last                          First                          Middle

**HOME ADDRESS** _329 REDONDO AVE_
Address

_LONG BEACH_ _CA_ _90314_
City                          State          Zip Code

**PHONE (cell)** _562-394-5072_ **EMAIL:** _Jonathan.D.Vargas@lacity.org_

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  Vasquez Aguilar,   Ricardo

Last              First              Middle

**HOME ADDRESS**  8360 Delco Ave

Address

Winnetka,                CA        91306

City                     State      Zip Code

**PHONE (cell)**  818-590-7874    **EMAIL:**  Ricardo.v.aguilar@lacity.org

**PLAINTIFF SIGNATURE**

-----------------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**      VAVRIN    MICHAEL
             Last           First           Middle

**HOME ADDRESS**    PO  BOX  178
                   Address

                   BOZEMAN      MONTANA   59771
                   City           State    Zip Code

**PHONE (cell)**  310 908 6767 **EMAIL:** MVAVRIN@GMAIL.COM

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME** _Vega_____ _Pete (Pedro)_____
             Last                        First                      Middle

**HOME ADDRESS** _6574   Starstone Place_____
                    Address

_Rancho Cucamonga,   CA   91739_____
   City                        State      Zip Code

**PHONE (cell)** _951 315 0198_ **EMAIL:** _VEGA9496 @ GMAIL.com_

**PLAINTIFF SIGNATURE** _P Vega_____

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _VELASQUEZ      OMAR         ARTURO_
       Last              First          Middle

**HOME ADDRESS** _1507  W. 35TH PL_
           Address

_LOS Angeles     CA     90018_
City             State   Zip Code

**PHONE (cell)** _(213) 709-3376_  **EMAIL:** _LAFDOMAR@yahco.com_

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  ___Verdecia___  ___Anthony___  ___David___
                Last              First              Middle

**HOME ADDRESS**  ___5071  Balsawood___
                         Address

                        ___Irvine___  ___CA___  ___92612___
                         City            State      Zip Code

**PHONE (cell)**  ___(949) 433- 9880___  **EMAIL:**  ___tonyverdecia@gmail.com___

**PLAINTIFF SIGNATURE**  _____

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  _Villa_        _Robert_        _Jacob_
     Last          First           Middle

HOME ADDRESS  _1055 E La Loma Ave_
              Address

_Somis_          _CA_        _93066_
City            State       Zip Code

PHONE (cell) _805 889-2993_  EMAIL: _Orlontela1@yahoo.com_

PLAINTIFF SIGNATURE _____

---------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  VILLAPANDO    JON PATRICK    BALAGUE
         Last          First          Middle

**HOME ADDRESS**  1543  10ᵀᴴ ST.    APT. 1
                 Address

SANTA MONICA        CA        90401
City                State     Zip Code

**PHONE (cell)**  (818) 618-7221    **EMAIL:** jonpatrick.b.villapando@lacity.org

**PLAINTIFF SIGNATURE**  _____

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**   _Villeggiante_____ _Jason_____ _Anthony_____
         Last           First         Middle

**HOME ADDRESS**   _8161  Whitestone  Dr._____
               Address

                 _Huntington  Beach_____ _CA____ _92646_____
                 City           State     Zip Code

**PHONE (cell)** _(650) 455-6152_ **EMAIL:** _jV2389@gmail.com_

**PLAINTIFF SIGNATURE** _Jason Villeggiante_____

--------------------------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _VINEYARD_    _MICHAEL_    _GENE_
            Last         First         Middle

**HOME ADDRESS** _PO Box 336_
                  Address

_Nuevo_    _CA_    _92567_
City       State   Zip Code

**PHONE (cell)** _951 906-9603_    **EMAIL:** _Michael.G.VINEYARD@LACITY.ORG_

**PLAINTIFF SIGNATURE** _____

---------------------------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   _VOELKER          Andre          Percy_
           Last               First              Middle

**HOME ADDRESS**  _2925 S. KERCKHOFF AVE_
                  Address

                  _SAN PEDRO      CA      90731_
                  City            State   Zip Code

**PHONE (cell)** _6194056773_ **EMAIL:** _DOWNTOWN92101@YAHOO.com_

**PLAINTIFF SIGNATURE** _[signature]_

-----------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** VOELTZ JARED JAMES NORMAN

Last  First  Middle

**HOME ADDRESS** 2812 EAST PANAMINT COURT

Address

WESTLAKE CA 91362

City  State  Zip Code

**PHONE (cell)** 805 907 9073 **EMAIL:** Jared.Voeltz@lacity.org

**PLAINTIFF SIGNATURE** _Jared Voeltz_

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  Vonderharr    Nathan    E
　　　　　Last　　　　　　　First　　　　　Middle

**HOME ADDRESS**  871 Amigos Way
　　　　　　　　　Address

　　　　　　　　　Newport Beach    CA    92660
　　　　　　　　　City　　　　　　　State　　Zip Code

**PHONE (cell)**  951-329-7104  **EMAIL:** NateVonderharr@gmail.com

**PLAINTIFF SIGNATURE**  _[signature]_

------------------------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
### – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   VOWELS          PRESTON          STUART   TAYLOR
               Last                 First                 Middle

**HOME ADDRESS**   368   JONES   STREET
                               Address

                         VENTURA          CA          93003
                         City               State        Zip Code

**PHONE (cell)**   818 633 3567   **EMAIL:** preston.s.t.vowels@lacity.org

**PLAINTIFF SIGNATURE**   _(signature)_

-----------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _Walton_        _Michael_        _Robert_
        Last             First            Middle

**HOME ADDRESS** _40648    White Cliff St._
        Address

_Palmdale    CA    93551_
        City           State      Zip Code

**PHONE (cell)** _(661) 406-7031_ **EMAIL:** _Walton.michael51@yahoo.com_

**PLAINTIFF SIGNATURE** _[signature]_

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** WAN      Christopher     Lee
         Last          First           Middle

**HOME ADDRESS** 471  East    Grandview  Ave
                 Address

Sierra Madre  CA     91024
City                State       Zip Code

**PHONE (cell)** 626-202 7215   **EMAIL:** cwan301@gmail.com

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------------------------------------

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**      Waschak      Matthew      Thomas
              Last          First          Middle

**HOME ADDRESS**   22415 Majestic Ct
                   Address

                   Santa Clarita      CA      91390
                   City               State   Zip Code

**PHONE (cell)**  661-373-1938   **EMAIL:** mtwaschak@sbcglobal.net

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**    _WASSERMAN_        _Mitchell_        _Robert_
            Last                First            Middle

**HOME ADDRESS**    _675  Oak  Run  TRl  Unit 211_
                    Address

_Oak   Park_            _cA_        _91377_
City                    State       Zip Code

**PHONE (cell)**    _(818) 943-2321_    **EMAIL:** _Wasserman.Mitchell @ gmail.com_

**PLAINTIFF SIGNATURE**    _Mitchell Wasserman_

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   WATSON        CHRISTOFFEL    J
        Last             First          Middle

**HOME ADDRESS**  10768   KNOTT AVE
        Address

        STANTON            CA      90660
        City          State     Zip Code

**PHONE (cell)** (714) 475-8266 **EMAIL:** CHRISTOFFEL.WATSON@LACITY.ORG

**PLAINTIFF SIGNATURE**

-------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  WENG      THOMAS      A
Last          First          Middle

**HOME ADDRESS**  117  COPELAND
Address

IRVINE      CA    92618
City          State    Zip Code

**PHONE (cell)** (323) 899-1515    **EMAIL:** thomas.weng@lacity.org

**PLAINTIFF SIGNATURE**

--------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  WESTLAND   JAMES   ROBERT
_____Last_____First_____Middle_____

**HOME ADDRESS**  2024 CLARK AVE
_____Address_____

LONG BEACH   CA   90815
_____City_____State____Zip Code_____

**PHONE (cell)** ( 310 ) 629 7076 **EMAIL:** JIM.WESTLAND@YAHOO.COM

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME     Wile       Brandon       Lee
            Last              First            Middle

HOME ADDRESS    537    Laurel Ave
                Address

                Brea         Ca.       92821
                City           State       Zip Code

PHONE (cell)   (909) 767-8740   EMAIL: BrandonWile@gmail.com

PLAINTIFF SIGNATURE   Brandon Wile

--------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _Williams_ _Steven_ _W_
Last        First        Middle

**HOME ADDRESS** _15801 Plumwood St_
Address

_Westminster_ _CA_ _92683_
City        State        Zip Code

**PHONE (cell)** _562-397-6950_ **EMAIL:** _SOCALM1301@AOL.com_

**PLAINTIFF SIGNATURE** _____

----------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  Wilson        Kenneth      Roger      ,JR
          Last          First        Middle

**HOME ADDRESS**  30540    CNvvse) Ln
                  Address

                  Mull:cta      CA    92563
                  City          State    Zip Code

**PHONE (cell)**  805  501-5324  **EMAIL:** Kenevil0070@Hotmail.com

**PLAINTIFF SIGNATURE**  S RWilson

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**      Wischnack          Scott          Darnell
              Last               First          Middle

**HOME ADDRESS**   361 Regis Ave
                   Address

                   Ventura            CA       93003
                   City              State     Zip Code

**PHONE (cell)**  (805) 708-7711   **EMAIL:** scott.d.wischnack@lacity.org

**PLAINTIFF SIGNATURE**

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME** _Wise _____ Scott _____ Patrick_____
        Last              First             Middle

**HOME ADDRESS** _1848  N  Whitehorse  IN_____
                 Address

        _Clovis_____ CA_____ 93619_____
        City                   State   Zip Code

**PHONE (cell)** _559 788 1917_ **EMAIL:** _Firersq@gmail.com_

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**      Woodcock      Jerome      Sheldon
              Last          First        Middle

**HOME ADDRESS**   13864   BEECH   ST
                   Address

              Victorville      CA      92392
              City             State   Zip Code

**PHONE (cell)**  909 576 - 6331   **EMAIL:** Jeromewoodcock @ yahoo. com

**PLAINTIFF SIGNATURE**

------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME**  WYATT   Robert    Arthur
  Last            First            Middle

**HOME ADDRESS**  2657   WHEATON   PL.
  Address

  FULLERTON   CA    92833
  City            State    Zip Code

**PHONE (cell)**  310-710-8529  **EMAIL:**  WYATTFIRE2@SBCGLOB
                                                                 Nei

**PLAINTIFF SIGNATURE**  _[signature]_

---------------------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**  <u>YAKAS        PETER         ALEXI</u>
Last                        First                      Middle

**HOME ADDRESS**  <u>20363    WAYNE    AVENUE</u>
Address

<u>TORRANCE               CA        90503</u>
City                                    State        Zip Code

**PHONE (cell)**  <u>818 - 915 - 5541</u>  **EMAIL:** <u>PETERAYAKAS@ GMAIL.COM</u>


**PLAINTIFF SIGNATURE** <u>Peter Yakas</u>

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**   YOSHIMURA        WESTCY        TADAO
           Last              First         Middle

**HOME ADDRESS**   6337    CORTE LUCINDA
                   Address

           CAMARILLO              CA       93012
           City                   State    Zip Code

**PHONE (cell)**   805 358 1023   **EMAIL:** WTYOSH925@GMAIL.COM

**PLAINTIFF SIGNATURE**

---------------------------------------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME** _ZAVALA_ _ROMAN_ _PAUL_
　　　　　Last　　　　　　First　　　　　　Middle

**HOME ADDRESS** _37365 JEROME LN._
　　　　　　　　Address

_MURRIETA_ _CA_ _92562_
City　　　　　　　State　　　Zip Code

**PHONE (cell)** _951-387-2033_ **EMAIL:** _rpzavala3@hotmail.com_

**PLAINTIFF SIGNATURE** _Roman P. Zavala_

------------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME** _Zepeda_ _Juan_ _Jose_
Last        First        Middle

**HOME ADDRESS** _8121 Gonzaga AVE_
Address

_Los Angeles CA 90045_
City        State        Zip Code

**PHONE (cell)** _(888) 825-0869_ **EMAIL:** _Mex1009@ AOL. com_

**PLAINTIFF SIGNATURE** _____

--------------------------------------------------------------------------------

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California
– Rotational Fire Fighters Staffing Ambulances)**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

**NAME** _Ziemer_ _Stephen_ _Scott_
       Last        First        Middle

**HOME ADDRESS** _816 Norumbega Dr._
             Address

_Monrovia_        _CA_      _91016_
City            State      Zip Code

**PHONE (cell)** _951·415·4148_ **EMAIL:** _stephen.ziemer@lacity.org_

**PLAINTIFF SIGNATURE** _____

-------------------------------------------------------------------------------------------------

### REQUEST TO BECOME PARTY PLAINTIFF (FLSA – Los Angeles, California – Rotational Fire Fighters Staffing Ambulances)

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

**NAME**     _ZUNIGA_     _CARLOS_     ——————
            Last            First            Middle

**HOME ADDRESS**   _13861   MILAN   ST_
               Address

                   _WESTMINSTER_     _CA_     _92683_
                   City            State            Zip Code

**PHONE (cell)**   _(626) 475-7488_     **EMAIL:**  _CZUNIGA108 @ GMAIL.COM_


**PLAINTIFF SIGNATURE** _____