AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| NICHOLAS ACEDO see attached <br><br> *Plaintiff(s)* <br> v. <br> CITY OF LOS ANGELES <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:23-cv-04482 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* CITY OF LOS ANGELES
Office of the City Clerk
200 N. Spring Street, Room 360
Los Angeles, CA 90012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DANA S. MARTINEZ (SBN 205453)
dmartinez@bushgottlieb.com
BUSH GOTTLIEB, ALC
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260
Telephone: (818) 973-3200
Facsimile: (818) 973-3201

LAUREN MCDERMOTT
lobpowell@gmail.com
ARTHUR R. TRAYNOR
atraynor@mooneygreen.com
MOONEY, GREEN, SAINDON,
MURPHY & WELCH, P.C.
1920 L. Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 783-0010
Facsimile: (202) 783-6088

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                 *Signature of Clerk or Deputy Clerk*

## ADDENDUM TO THE SUMMONS

DANIEL ACKLEY, DEREK ADAIR, VICTOR AGUILAR, JACK ALBERT, GEORGE ANDERSON, MARK ANDERSON, ANDRES ARAMBULA, ANTHONY ARELLANO, ANTHONY ARRIAGA, MIGUEL ARROYO, JEFFREY ASHBURN, CHRISTOPHER ASHLEY, BRIAN AVILA HERNANDEZ, ANDREW BAKER, TIMOTHY BAKER, GEOFF BALCHOWSKY, MICHAEL BANDA, GREGORY BARBERA, KENNETH BARONE, DANIEL BARBERA, AMANTE BARTOLOME, KYLE BAUERLEIN, JESSE BECK, ADRIAN BEIGH-GACAD, ELLERY BELTRAN, CHAD BENDANTI, MATTHEW BERGERSON, SCOTT BERNARD, ROBERT BETANCOURT, NICHOLAS BIRNBAUM, MATIN BLOUNT, MICHAEL BOCHEY, JOEY BOJORQUEZ, JIMMY BORLAND, KYLE BOUDREAU, DAMON BOWDEN, CORY BOWER, BRIAN BOYD, DAVID BRIEN, JOSHUA BRINNON, EVAN BROOKS, ANDRE BROWN, DREON BROWN, KYLE BROWN, RYAN BROWN, BRIAN BUEHLER, ETHAN BURLINGAME, LEE BUSBY, DAVID BYRNE, SCOTT CABUNOC, ROCKY CAMARLINGHI, MICHAEL CAMPANA, ANTHONY CANATA, DUSTIN CANNISTRACI, RYAN CAPIRO, HARRISON CARL, JOSE CARREON, JOHN CARTON, WILLIAM CASE, JOSE CASTILLO, ALICIA CASTRO-ROHRER, GORDON CESAR, JONATHAN CENDEJAS, LOUIS CERDA, CHARLES CAHTTONG, MARK CHAVEZ, KAMERON CALRK, EVAN COLLADO, CHARLES COLLINS, WILLIAM COLLYER, DEAN COMER, FRANK CONRAD, ARTURO CONTRERAS, MICHAEL CONTRERAS, BRIAN COOK, BRIAN COONEY, DANIEL COOPER, DION COOPER, MILO COPE, ROBERT CORDOBES, JEFFREY CORDRAY, GARRETT CORLEY, CHAD CORONA, RAYMOND COVARRUBIAS, STEVEN CRANSKY, KERRY CRIVELLO, ABRAHAM CUERVO-MITCHELL, ARRAN DAHLBERG, SLATER DAVIES, MATTHEW DAVIS, ROBERT DEAN, ANDY DELAROSA, ROMAN DE LA TORRE, MIKE DENNIS,  DOUGLAS DEYOUNG, NICHOLAS DIEZ, MAX DINO, BRYAN DOMINGUEZ, CHASE DOUGHTY, TOWNER DOUGLAS, DAYVION DRUMWRIGHT, ROBERT DUBARRY, CASEY DUNN, CHRISTIAN ERAZO, MARK ESTRADA, NICHOLAS ESTRADA, DARIN EVANS, . MATTHEW EVISON, THADDEUS FARMON, MATTHEW FARRIS, DEREK FARROW, CURTIS FAULKNER, MICHAEL FINGER, VINCENT FOSTER, JONATHAN FOWLER, TIMOTHY FREEMAN JR., OMAR FUENTES, RYAN FUETTE, TONY GAJ, ARTURO GALLARDO, RAYMOND GALLEGOS, JORDAN GAMMON, FELIX-EDMUND GAPUZAN, STEPHEN GARIBAY, CHRISTIAN GASSLER, QUINCY GATEWOOD, ADAM GATICA, RANDALL GAUL, CHRISTOPHER GELINAS, KEVIN GELINAS, CHRIS GENTRY, SEVAN GERARD, JACOB GIBSON, JOSHUA GILBERT, ROBERT GILMER, MATTHEW GODBY, FRANK GOMEZ, PABLO GOMEZ, ALFONSO GONZALEZ, JACOB GONZALEZ, JAVIER GONZALEZ, JESSE GONZALEZ, STEVEN GONZALEZ, MATTHEW GOODRICH, ISRAEL ORTIZ GRAJEDA, BRANDON GRANT, GILLIAN GRIFFIN, RASHAD GRIGSBY, MARTIN GUERRERO, DANIEL GUTIERREZ, ROLAND GUTIERREZ, JAMES HALL, KYLE HALSTEAD, ORRIE HAMILTON, SHAUN HANNAN, MICHAEL HARTLEY, ROBERT HATFIELD, ANDREW HAUCK, CONNOR HAVRO, DARIN HEBERT, LEVI HENRY, ANTHONY HERNANDEZ, DAVID HERNANDEZ, RICHARD HERNANDEZ, KIMBERLY HERRING, BRANDON HILL, SCOTT HOBBS, CLAYTON HOGAN, CAMERON HOLLAND, PHILLIP HONG, BRIAN HOOVER, SAMUEL HOPWOOD, CHRISTOPHER HORST, BRYAN HOWARD, WYATT HOYT,

HENRY HSIEH, CHRISTOPHER HUGHES, TOMAS HUNGERFORD, TYRONE HURST, CAYLIN HUXFORD, DENIS ILYAICH, SEAN ISAACSON, GARY IZQUIERDO, KEVIN JACOBS, MARCUS JACOBS, BRENNAN JANSEN, ALLEN JANZEN, PAUL JEREMICA, VICTOR JIMENEZ, RYAN JOHNSON, MICHAEL JONES, OLIN JONES, JR., WILLIAM JUN, ARMANDO JURADO, KRISTIAN KALEV, JASON KEENER, JOHN KELLERS II, ADONIS KELLY, CHARLES KELLY, CASEY KETELSLEGER, EHUD KIM, SAMUEL KIM, TIMOTHY KIMBALL, CHAD KISOW, ANTHONY KONG, THOMAS KUZMICZ, JONATHAN KURIPLA, EDGAR LAGUNAS, JUSTIN LAHR, DAVID LAKE, DAVID LANDON, LYNDSEY LANTZ, SERGIO LARA JARA, NATHAN LARGEN, RYAN LARSON, JASON LAWRENCE, HASSAON LAWS, SCOTT LAZAR, DENVER LEAMY, EDWIN LEANO, MATTHEW LEBLANC, MICHAEL LEON, KYLE LEVINDOFSKE, BRENDON LEW, GREGORY LEWIS, NICHOLAS LIFFERS, DOMINIC LILE, FERNANDO LINARES, DARREN LLOYD, ANDREW LOERA, BRIAN LOMELI, LONNIE LOPEZ, JR., JACOB LOVEJOY, RYAN LOZANO, SCOTT LUFT, MICHAEL MACDOWELL, FELIX MAGANA, MICHAEL MAGISTRADO, CHRISTOPHER MALRAY, MICHAEL MANDAHL, AARON MANN, FERNANDO MARIN, MIGUEL MARQUEZ, TANNER MARSEY, ADAM MARTIN, TIMOTHY MARTIN, ERIC MARTINEZ, FRANCISCO MARTINEZ, STEVEN MARTINEZ, JASON MASS, JOHN MCCORD,  MICHAEL MCGRADY, PETER MCKINNEY, BRYAN MEDINA, CHASE MENDENHALL, MORCUS MESSIHA, DAVID METCHIKOFF, HILARION MEZA, DEREK MILLER, TYLAR MILLER, ANDREW MOLINAR, DONTA MONTGOMERY, MATTHEW MOON, DANIEL MOORE, DAVID MORALES, GABRIEL MORENO, JUSTIN D. MORGAN, JUSTIN DA. MORGAN, NIMA MORTAZAVI, ANDREW MOTT, ROBERT MULLER, TISA MURPHY, JACOB MURRELL, MATTHEW NAVARRO, ERIC NEVAREZ, JOHN NGO, JABARI NICHOLS, ALEXANDER NIELSEN, JOHN NORTON, MARIO NUNEZ, ADAM OCAMPIAN, JEFFERY OCHOA, MICHAEL OESER, JESUS OROZCO, ERNEST ORRANTE, DAVID OSEGUERA, JESUS PADILLA, IAN PALLARES, JOSEPH PAMBIANCO, SERGIO PARRA, ZACHARY PATTON, DAVID PAULS, JOSE PAZ, BLAKE PEARSON, MICHAEL PELLEGRINI, JOSHUA PERELLI-MINETTI, EDUARDO PEREZ, JOSE PEREZ, LUKE PETERMAN, TIMOTHY PIDO, SCOTT PIKE, ANGELO PITILLO, JAMES PITILLO, LEV POLESCHYK, CHRISTOPHER POLGAR, GARRET POTTER, COLEMAN PRICHARD, ALEXANDER PRINCE, MICHAEL PUGLIESE, TYLER PUGMIRE, CHADWICK QUALLEY, BRYAN QUICK, RYAN QUIGLEY, CHRISTOPHER QUINLAN, BRIAN RANKIN, MATTHEW RAPOZA, TAYLOR RAPPAPORT, JASON REKHOPF, JEREMY RENNIE, CHAD REYES, ERICK REYES,  ZACH REYNOLDS, LOUIS RICHARD, JAVIER RIVERA, RANDY RIVERA, JOE ROBLES, RUDY ROCHA, DAVID RODRIGUEZ, DENNIS RODRIGUEZ, JEFFERY RODRIGUEZ, RAYMOND RODRIGUEZ, TOM RODRIGUEZ, MICHAEL ROMO, DON ROPRIGHT, JAMES ROWE, ROGER RUBIO, ADAM RUSSO, SHANNON SAFFO, MICHAEL SAFRAN, ADALBERTO SALAZAR, SERGIO SANCHEZ, JEREMY SANDIFORD, CHARLES SANDOR, MICHAEL SANDOVAL, JASON SCHMITZ, PAUL SCHORI, JONATHAN SCULLY, MICHAEL SEERS, JASON SHELTON, JON SHIBUYA, CRAIG SHUBSDA, BRIAN SIMON, JULIAN SINGELAKIS, AUSTIN SMITH, BRANDON SMITH, DANIEL SMITH, JEFFREY SMITH, BENJAMIN SPEAKMAN, MATTHEW SPENCE, WILLIE SPENCER, SETH SPRINGER, NATHAN STANTON, TREVOR STEPAN, ERIC STEPHENS, STEVEN STERN, MARK STEVENSON, EDWIN STILES, CRAIG STUDENKA, KEITH SZALONEK, HUGO TADEO,

ANDREW TALLEY, PATRICK TAMRAZIAN, MARIO TARGONI, JUSTIN TAYLOR, EDUARDO TELLEZ, ANTHONY TEMPLE, THEK, BRIAN THIEBOLD, EDDIE TIBURCIO, KONGRIT TIENGERD,  FALO TIUMALU, RHONIE TOPINIO, ADRIAN TORRES, PHIL TRAN, DOUGLAS TRINIDAD, MANVEL TRTRYAN, ANTHONY TUBBS, CLINT TULL,  DANIEL VALDES, MACKENZIE VANDERGEEST, VAN GERPEN, SAMANTHA VANHOOSER, JONATHAN VARGAS, RICARDO VASQUEZ AGUILAR, MICHAEL VAVRIN, PETE VEGA, OMAR VELASQUEZ, ANTHONY VERDECIA, ROBERT VILLA, JON PATRICK VILLAPANDO, JASON VILLEGGIANTE, MICHAEL VINEYARD, VOELKER, JARED VOELTZ, NATHAN VONDERHARR, PRESTON VOWELS, MICHAEL WALTON, CHRISTOPHER WAN, MATTHEW WASCHAK, MITCHELL WASSERMAN, CHRISTOPHER WATSON, THOMAS WENG, JAMES WESTLAND, BRANDON WILE, STEVEN WILLIAMS, KENNETH WILSON, SCOTT WISCHNACK, SCOTT WISE, JEROME WOODCOCK, ROBERT WYATT, PETER YAKAS, WESTLEY YOSHIMURA, ROMAN ZAVALA, JUAN ZEPEDA, STEPHEN ZIEMER, CARLOS ZUNIGA.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

 ❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

 ❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

 ❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

 ❐ I returned the summons unexecuted because _____ ; or

 ❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

                _____
                *Server's signature*

                _____
                *Printed name and title*

                _____
                *Server's address*

Additional information regarding attempted service, etc: