| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>DANA S. MARTINEZ, ESQ. (SBN 205453)<br>**BUSH GOTTLIEB, A Law Corporation**<br>801 N. Brand Blvd., Suite 950<br>Glendale, CA 91203-1260<br>TELEPHONE NO.: (818) 973-3200  FAX NO. (Optional): (818) 973-3201<br>E-MAIL ADDRESS (Optional): dmartinez@bushgottlieb.com<br>ATTORNEY FOR (Name): PLAINTIFFS | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| PLAINTIFF/PETITIONER: NICHOLAS ACEDO; et al.<br>DEFENDANT/RESPONDENT: CITY OF LOS ANGELES | CASE No.:<br>2:23-cv-04482-SB-E |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>BUSGO-0170781.GE |

*(Separate proof of service is required for each party served.)*

1. At the time of service, I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. [X] Summons in a Civil Action
   b. [X] Complaint for Declaratory Judgment, Compensation and other Relief
   c. [X] Civil Cover Sheet
   d. [X] Other *(specify documents)*: CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1); NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
   e. [ ] First Amended Complaint
   f. [ ] Second Amended Complaint
   g. [ ] Third Amended Complaint

3. a. Party served *(specify name of party as shown on documents served)*:
   **CITY OF LOS ANGELES**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **OFFICE OF THE CITY CLERK By leaving with BRENNAN B. (African American, Male, Age 30, 6'3", 230 Lbs.), CITY DEPUTY CLERK/AUTHORIZED TO ACCEPT**

4. Address where the party was served: **200 N. SPRING STREET, ROOM 360, LOS ANGELES, CA 90012**

5. I served the party (check proper box)
   a. [X] **By Personal Service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 06/20/2023   (2) at *(time)*: 09:22 AM

   b. [ ] **By Substituted Service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3a)*:

   (1) [ ] **(Business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(Home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(Physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
   *(date)*:   from *(city)*:   or [ ] A Declaration of Mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

POS-010 [Rev. January 1, 2007]   **PROOF OF SERVICE OF SUMMONS**

American LegalNet, Inc.
www.FormsWorkflow.com

| PLAINTIFF/PETITIONER: NICHOLAS ACEDO; et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: CITY OF LOS ANGELES | 2:23-cv-04482-SB-E |

5. c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*      (2) from *(city):*

    (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [ ] **By other means** *(specify means of service and authorizing code section):*

  e. [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [ ] On behalf of *(specify):*
       Under the following Code of Civil Procedure section:
         [ ] 416.10 (corporation)    [ ] 415.95 (business organization, form unknown)
         [ ] 416.20 (defunct corporation)    [ ] 416.60 (minor)
         [ ] 416.30 (joint stock company/association)    [ ] 416.70 (ward or conservatee)
         [ ] 416.40 (association or partnership)    [ ] 416.90 (authorized person)
         [ ] 416.50 (public entity)    [ ] 415.46 (occupant)
               [ ] Other

7. **Person who served papers**
   a. Name: CESAR HERNANDEZ-GOVEA
   b. Address: P.O. Box 861057, Los Angeles, CA 90086
   c. Telephone number: (213) 975-9850
   d. **The fee** for service was: $ 101.92
   e. I am:
       (1) [ ] Not a Registered California process server.
       (2) [ ] Exempt from registration under Business and Professions Code section 22350(b).
       (3) [X] a Registered California process server:
         (i)   [ ] Owner   [ ] Employee   [X] Independent contractor.
         (ii)  Registration No.: 2021190563
         (iii) County: LOS ANGELES

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: June 20, 2023

CESAR HERNANDEZ-GOVEA  
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)       (SIGNATURE)

POS-010 [Rev. January 1, 2007]      **PROOF OF SERVICE OF SUMMONS**

American LegalNet, Inc.
www.FormsWorkflow.com