SAMMY SUGIURA
ssugiura@mooneygreen.com
TAMARA IMAM
timam@mooneygreen.com
LAUREN MCDERMOTT
lmcdermott@mooneygreen.com
MOONEY, GREEN, SAINDON, MURPHY & WELCH, P.C.
1620 Eye Street, NW, Suite 700
Washington, DC 20006
Telephone: (202) 783-0010
Facsimile: (202) 783-6088

DANA S. MARTINEZ (SBN 205453)
dmartinez@bushgottlieb.com
BUSH GOTTLIEB, A Law Corporation
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260
Telephone: (818) 973-3200
Facsimile: (818) 973-3201

Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nicholas Acedo, et. al., <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>City of Los Angeles, <br><br>　　　　Defendant. | Case No. 2:23-cv-04482 <br><br>**PLAINTIFFS' BRIEF RE: COURT'S ORDER DURING THE PARTIES' SEPTEMBER 12, 2025 STATUS CONFERENCE** <br><br>Assigned to the <br>Hon. Cynthia Valenzuela |

Like Defendant, Plaintiffs, Nicholas Acedo, *et. al.*, submit this filing out of caution in response to the Court's order during the parties' September 12, 2025 Status Conference, which required the parties to submit a joint filing containing proposed mediators and discovery deadlines for this matter. If the Court grants the parties' joint stipulation (Doc. No. 72), Plaintiffs will also withdraw their brief and submit a joint brief with Defendants.

### A. Proposed Mediators

At this time, counsel for Plaintiffs, who do not reside in California, do not have any proposed mediators for the Court as they continue to confer with their contacts in the Los Angeles area on individuals who would be best suited to handle an FLSA matter involving these issues and this number of Plaintiffs. If permitted, Plaintiffs will be able to submit proposed mediators for the Court on or before October 3, 2025. But the primary reason Plaintiffs requested additional time to file this brief was to obtain additional recommendations for proposed mediators.

### B. Proposed Dates and Deadlines

Plaintiffs join in and adopt the (1) Proposed Trial Dates and Deadlines and (2) Proposed Deadlines for MSJ Briefing submitted by Defendant (Doc. No. 73).

### C. Plaintiffs' Proposed Discovery

If discovery is reopened by the Court, Plaintiffs intend to take the 30(b)(6) of Defendant, as referenced in Defendant's filing. In addition, Plaintiffs may also take the depositions of the following individuals: (1) Matthew Conroy, (2) Tyler Dixon, (3) Joseph Everett, (4) Shaun Gath, (5) Jason Hing, (6) Nam Nguyen (7) Eric Talamantes, (8) Orin Saunders, (9) Arturo Tarango, (10) Timothy Wuerfel, and (11) Yuri Zaich.

Apart from the 30(b)(6) deposition, Plaintiffs anticipate that each of the remaining depositions will average less than 4 hours. The reason for the high

number of depositions is that a number of these individuals were identified by Defendant after discovery closed on this matter on November 1, 2024. For instance, Conroy, Wuerfel, and Zaich were first identified by Defendant in their December 18, 2024 supplemental disclosures. Everett, Gath, Bguyen, and Saunders were first identified by Defendant in their August 22, 2025 supplemental disclosures.

If permitted, Plaintiffs will take additional written discovery if the Court reopens discovery in this matter. The primary reason why Plaintiffs will need this additional written discovery is because they recently obtained a Los Angeles Fire Department memo that is dated April 14, 2025, which Plaintiffs believes is dispositive on the issue of liability. This memo was not previously identified or provided by Defendant. Plaintiffs intend to seek ESI related to this and other documents that discuss the information that is contained within that April 14, 2025 memo. In addition, Plaintiffs will issue additional written discovery relating to the documents Defendant provided to Plaintiffs, in response to Plaintiffs' first written discovery requests, on December 6, 2024 and December 20, 2024 (which again, occurred after discovery closed on this matter on November 1, 2024). Plaintiffs will serve Defendant with this additional written discovery within 7 days of an Order that reopens discovery.

|   |   |
|---|---|
| | Respectfully submitted, |
| | /s/ Sammy Sugiura |
| | Sammy Y. Sugiura |
| | MOONEY, GREEN, SAINDON, MURPHY & WELCH, P.C. |
| | 1620 Eye Street, NW, STE 700 |
| | Washington, DC 20006 |
| | Phone: 202-783-0010 |
| | Fax: 202-7883-6088 |
| | ssugiura@mooneygreen.com |
| | **Counsel for Plaintiffs** |

Date: September 26, 2025